# EXHIBIT F

# Greil, John

| | |
|---|---|
| **From:** | Roffwarg, Aaron <aaron.roffwarg@bracewell.com> |
| **Sent:** | Wednesday, May 24, 2023 10:17 AM |
| **To:** | Greil, John |
| **Cc:** | Collis, Steven T; Barry Mandel (barry@discoverygreen.com) |
| **Subject:** | RE: Discovery Green notice |

John,

We appreciate your correspondence, but Discovery Green's position has not changed from the time we met in our office. My client is still willing to allow your client into the park under mutually-acceptable conditions. We would be glad to discuss a proposed alternate method at your convenience. Best regards,

Aaron

---

**AARON ROFFWARG**
Partner
aaron.roffwarg@bracewell.com | download v-card
T: +1.713.221.1117 | F: +1.800.404.3970 | M: +1.713.858.6734

**BRACEWELL LLP**
711 Louisiana Street, Suite 2300 | Houston, TX | 77002-2770
bracewell.com | profile | LinkedIn | Twitter

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Greil, John <john.greil@law.utexas.edu>
**Sent:** Tuesday, May 23, 2023 9:16 AM
**To:** Roffwarg, Aaron <aaron.roffwarg@bracewell.com>
**Cc:** Collis, Steven T <steven.collis@law.utexas.edu>
**Subject:** [EXTERNAL SENDER] Discovery Green notice

Hello Aaron,

We sent you written notice for Discovery Green by certified mail, return receipt requested, in compliance with Tex. Civ. Prac. & Rem. Code Ann. § 110.006, but the receipt came back unsigned. Would you please just confirm you received it?

Thank you so much,

John