# EXHIBIT G-1

(Physical Copy Will Be Filed with the Court)

<u>Video 1</u>

Video Footage of Discovery Green Park Security Floyd – 1ˢᵗ Contact (Part 1/2)
Date: July 23, 2022
Duration: 0:08:16

# **EXHIBIT G-2**

(Physical Copy Will Be Filed with the Court)

<u>Video 2:</u>

Video Footage of Discovery Green Park Security Floyd – 1st Contact (Part 2/2)
Date: July 23, 2022
Duration: 0:04:18

# **<u>EXHIBIT G-3</u>**

(Physical Copy Will Be Filed with the Court)

<u>Video 3</u>

Video Footage of Plaintiff Daraius Dubash Arrest (iPhone)
Date: July 23, 2022
Duration: 0:19:15