UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARAIUS DUBASH, and<br><br>DR. FARAZ HARSINI<br><br>   *Plaintiffs,*<br>v.<br><br>CITY OF HOUSTON, TEXAS, et al.<br><br>   *Defendants.* | Case No. 4:23-cv-03556 |

## NOTICE OF APPEARANCE

1. PLEASE TAKE NOTICE that attorney Steven T. Collis of the Law and Religion Clinic of the University of Texas School of Law enters his appearance as counsel for Plaintiffs in this case. The undersigned counsel kindly requests service off all subsequent communications, pleadings, notices, or other papers:

Dated: September 25, 2023   Respectfully submitted,

*/s/ Steven T. Collis*
_____

Steven T. Collis
Texas State Bar No. 24122632
Law and Religion Clinic
University of Texas School of Law
727 E. Dean Keaton St.
Austin, TX 78705
(512) 475-9090
steven.collis@law.utexas.edu

ATTORNEY FOR PLAINTIFFS