| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Dubash et al
v.
Houston et al

§
§
§ CASE NUMBER 4:23cv3556
§
§
§

1 USB Flash Drive Received

_____

_____

_____

_____

**DOCUMENT IS:**

[✓] **LOOSE IN FILE**

[ ] **IN VAULT SEALED**

[ ] **IN BROWN EXPANDABLE FOLDER**

INSTRUMENT #_____



THE UNIVERSITY OF TEXAS AT AUSTIN
LAW AND RELIGION CLINIC · SCHOOL OF LAW
727 E Dean Keeton Street · Austin, TX 78705

Southern District of Texas
Houston Division
515 Rusk Avenue
Houston, TX 77002

RE: FLASH DRIVE, case no. 4:23-cv-03556

United States Courts
Southern District of Texas
F I L E D
SEP 25 2023
Nathan Ochsner, Clerk of Court