# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DARAIUS DUBASH, and | ) |
| | ) |
| DR. FARAZ HARSINI | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| | ) CIVIL ACTION NO. 4:23-cv-03556 |
| v. | ) |
| | ) |
| CITY OF HOUSTON, TEXAS; | ) |
| | ) |
| HOUSTON DOWNTOWN PARK CORPORATION; | ) |
| | ) |
| OFFICER ROBERT DOUGLAS (# 7943), in his individual capacity; | ) |
| | ) |
| OFFICER VERN WHITWORTH (# 7595), in his individual capacity; | ) |
| | ) |
| DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; | ) |
| | ) |
| and | ) |
| | ) |
| BARRY MANDEL, in his individual capacity. | ) |
| | ) |
| *Defendants* | ) |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs file this Certificate of Interested Persons identifying all persons and entities that are financially interested in the outcome of this litigation:

1. Daraius Dubash
   *Plaintiff*

2. Dr. Faraz Harsini
   *Plaintiff*

3. John Greil
   Steven T. Collis
   Law and Religion Clinic
   University of Texas School of Law
   727 E. Dean Keaton St.
   Austin, TX 78705
   *Attorneys for Plaintiffs*

4. JT Morris
   Gabe Walters
   Foundation for Individual Rights and Expression
   700 Pennsylvania Ave., Suite 340
   Washington, D.C. 20003
   *Attorneys for Plaintiffs*

5. Daniel Ortner
   Foundation for Individual Rights and Expression
   510 Walnut St., Suite 1250
   Philadelphia, PA 19106
   *Attorney for Plaintiffs*

6. City of Houston, Texas
   *Defendant*

7. Houston Downtown Park Corporation
   City of Houston Legal Department
   900 Bagby, Fourth Floor
   Houston, TX 77002
   *Defendant*

8. Officer Robert Douglas
   Houston Police Department Headquarters
   1200 Travis St.
   Houston, TX 77002
   *Defendant*

9. Officer Vern Whitworth
   Houston Police Department Headquarters
   1200 Travis St.
   Houston, TX 77002

*Defendant*

10. Discovery Green Conservancy
    f/k/a Houston Downtown Park Corporation
    900 Bagby, Fourth Floor
    Houston, TX 77002
    *Defendant*

11. Barry Mandel
    927 W. 19th St., Unit A
    Houston, TX 77008-3301
    *Defendant*

Dated: October 5, 2023

Respectfully submitted,

/s/ John Greil
John Greil (TX 24110856)
Steven T. Collis (TX 24122632)
Law and Religion Clinic
University of Texas School of Law
727 E. Dean Keaton St.
Austin, TX 78705
(512) 475-9090
john.greil@law.utexas.edu
steven.collis@law.utexas.edu

JT Morris (TX 24094444)
Gabe Walters
*pro hac vice motion forthcoming*
Foundation for Individual Rights and Expression
(215) 717-3473
700 Pennsylvania Ave., Suite 340
Washington, D.C. 20003
jt.morris@thefire.org
gabe.walters@thefire.org

Daniel Ortner
*pro hac vice motion forthcoming*
Foundation for Individual Rights and Expression
510 Walnut St., Suite 1250
Philadelphia, PA 19106
daniel.ortner@thefire.org

**Attorneys for Plaintiffs
Daraius Dubash and
Dr. Faraz Harsini**