AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| DARAIUS DUBASH, and DR. FARAZ HARSINI<br>*Plaintiff*<br>v.<br>CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity.<br>*Defendant* | Civil Action No. 23-3556 |

## WAIVER OF THE SERVICE OF SUMMONS

To: John Greil
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint and a copies of this waiver form.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from October 10, 2023, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 10/16/2023

City of Houston, Texas
*Printed name of party waiving service of summons*

*/s/ Melissa Azadeh*
*Signature of the attorney or unrepresented party*

Melissa Azadeh
*Printed name*

City of Houston Legal Department
P.O. Box 368, Houston, Texas 77002-0368
*Address*

melissa.azadeh@houstontx.gov
*E-mail address*

832-393-6270
*Telephone number*