AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

DARAIUS DUBASH, and
Dr. FARAZ HARSINI
_____ )
            *Plaintiff*                          )
                     v.                          )       Civil Action No. 23-3556
CITY OF HOUSTON, TEXAS;                          )
HOUSTON DOWNTOWN PARK )
CORPORATION; OFFICER
ROBERT DOUGLAS  (# 7943), in
his individual capacity; OFFICER
VERN WHITWORTH (# 7595), in
his individual capacity;
DISCOVERY GREEN
CONSERVANCY  f/k/a HOUSTON
DOWNTOWN PARK
CONSERVANCY; and BARRY
MANDEL, in his individual
capacity.                                        )
_____ )
            *Defendant*                          )

## WAIVER OF THE SERVICE OF SUMMONS

To: John Greil
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint and a copies of this waiver form.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from October 10, 2023, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   10/16/2023
_____

Houston Downtown Park Corporation
_____
*Printed name of party waiving service of summons*

/s/ *Melissa Azadeh*
_____
*Signature of the attorney or unrepresented party*
Melissa Azadeh
_____
*Printed name*

City of Houston Legal Department
P.O. Box 368, Houston, Texas 77002-0368
_____
*Address*
melissa.azadeh@houstontx.gov
_____
*E-mail address*
832-393-6270
_____
*Telephone number*