IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARAIUS DUBASH, and | ) |
| | ) |
| DR. FARAZ HARSINI | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| | ) CASE NO. 23-3556 |
| v. | ) |
| | ) |
| CITY OF HOUSTON, TEXAS; | ) |
| | ) |
| HOUSTON DOWNTOWN PARK CORPORATION; | ) |
| | ) |
| and | ) |
| | ) |
| DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; | ) |
| | ) |
| *Defendants* | |

## [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

Before the Court is the *Motion for Preliminary Injunction* filed by Plaintiffs Daraius Dubash and Dr. Faraz Harsini. After careful consideration, the Court finds that Plaintiffs' Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Discovery Green Conservancy, Houston Downtown Park Corporation, and the City of Houston (including the Houston Police Department), and their officers, agents, servants, employees, and those persons in active concert or participation with them, are hereby preliminarily enjoined and prohibited from:

1. Imposing or enforcing content-based or viewpoint-based restrictions, rules, or restraints (including those based on speech being "offensive") against images of industrial animal practices and other protected images of animal treatment, masks worn

by those engaged in expressive lawful activity, and speech concerning the treatment of animals, in Discovery Green and the public areas around Discovery Green.

2. Substantially burdening Plaintiff Daraius Dubash's sincerely held religious beliefs by preventing him from lawfully sharing the message of *ahimsa* by engaging in speech and expressive conduct in Discovery Green and the public areas around Discovery Green.

Accordingly, IT IS ORDERED that Plaintiffs' Motion is GRANTED.

SIGNED this \_\_\_\_ day of _____, 2023.

_____

THE HONORABLE ANDREW S. HANEN

UNITED STATES DISTRICT JUDGE