IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARAIUS DUBASH, and <br><br> DR. FARAZ HARSINI <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF HOUSTON, TEXAS; <br><br> HOUSTON DOWNTOWN PARK CORPORATION; <br><br> and <br><br> DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; <br><br> *Defendants* | CASE NO. 23-3556 |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE

Before the Court is Plaintiffs' *Motion for Leave to Exceed Page Limits* filed by Plaintiffs Daraius Dubash and Dr. Faraz Harsini. Having considered Plaintiffs' Motion, the Court finds good cause to grant the motion.

Thus, the Court ORDERS that Plaintiffs are granted leave to file the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction [ECF No. 15].

**SO ORDERED.**

October _____, 2023

_____
THE HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE