| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Dubash
v.
City of Houston,
et al.

§§§§§ CASE NUMBER 4:23-cv-3556

1 USB Flash drive
_____
_____
_____
_____

**DOCUMENT IS:**

[✓] **LOOSE IN FILE**

[ ] **IN VAULT SEALED**

[ ] **IN BROWN EXPANDABLE FOLDER**

INSTRUMENT # _____



**Law and Religion Clinic**
School of Law

727 E Dean Keeton Street • Austin, TX 78705 • 512-475-9090

October 23, 2023

United States Courts
Southern District of Texas
F I L E D

OCT 24 2023

Southern District of Texas
Houston Division
515 Rusk Avenue
Houston, TX 77002

Nathan Ochsner, Clerk of Court

RE: Flash Drive
Case 4:23-cv-03556

Dear Clerk of the Court,

On October 20, 2023, plaintiffs Daraius Dubash and Dr. Faraz Harsini filed a Motion for Preliminary Injunction in the case captioned *Dubash v. City of Houston, et al.*, no. 4:23-cv-03556.

Enclosed is a flash drive containing the declaration of Dr. Faraz Harsini (exhibit H) and video files for exhibits H-1, H-2, and H-3.

Sincerely,

*[signature]*

John Greil (TX 24110856)
Law and Religion Clinic
University of Texas School of Law
727 E. Dean Keaton St.
Austin, TX 78705
(512) 475-9090
john.greil@law.utexas.edu
Attorney for Plaintiffs

Enclosure



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**THE UNIVERSITY OF TEXAS AT AUSTIN**

LAW AND RELIGION CLINIC · SCHOOL OF LAW
727 E Dean Keeton Street · Austin, TX 78705

Southern District of Texas
Houston Division
515 Rusk Avenue
Houston, TX 77002

RE:   Flash Drive - Case 4:23-cv-03556

United States Courts
Southern District of Texas
F I L E D

OCT 24 2023

Nathan Ochsner, Clerk of Court