United States District Court
Southern District of Texas
**ENTERED**
October 27, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DARAIUS DUBASH, and | ) | |
| | ) | |
| DR. FARAZ HARSINI | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| | ) | CASE NO. 23-3556 |
| v. | ) | |
| | ) | |
| CITY OF HOUSTON, TEXAS; | ) | |
| | ) | |
| HOUSTON DOWNTOWN PARK | ) | |
| CORPORATION; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DISCOVERY GREEN CONSERVANCY | ) | |
| f/k/a HOUSTON DOWNTOWN PARK | ) | |
| CONSERVANCY; | ) | |
| | ) | |
| *Defendants* | | |

## ORDER GRANTING MOTION FOR LEAVE

Before the Court is Plaintiffs' *Motion for Leave to Exceed Page Limits* filed by Plaintiffs

Daraius Dubash and Dr. Faraz Harsini. Having considered Plaintiffs' Motion, the Court finds good

cause to grant the motion.

Thus, the Court ORDERS that Plaintiffs are granted leave to file the Memorandum of Law

in Support of Plaintiffs' Motion for Preliminary Injunction [ECF No. 15].

**SO ORDERED.**

October ___26___, 2023

THE HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE