| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03556 |
|---|---|---|---|

| Daraius Dubash and Dr. Faraz Harsini |
|---|
| *versus* |
| City of Houston, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel Ortner<br>Foundation for Individual Rights and Expression<br>(215) 717-3473<br>510 Walnut St., Suite 1250<br>Philadelphia, PA 19106<br>daniel.ortner@thefire.org<br>Licensed in California No. 329866 and Virginia No. 89460<br>1st Circuit Court of Appeals No. 1186299 |
|---|---|

| Name of party applicant seeks to appear for: | Daraius Dubash and Dr. Faraz Harsini |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __   __   No __ ✔ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/1/2023 | Signed: /s/Daniel M. Ortner |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

**Order**                This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                United States District Judge