UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03556 |
|---|---|---|---|

| Daraius Dubash and Dr. Faraz Harsini |
|---|
| *versus* |
| City of Houston, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Gabriel Walters<br>Foundation for Individual Rights and Expression<br>(215) 717-3473<br>700 Pennsylvania Ave., SE<br>Suite 340<br>Washington, DC 20003<br>gabe.walters@thefire.org<br>Licensed in the District of Columbia and in the District Court for the District of Columbia (No. 1019272) |

| Name of party applicant seeks to appear for: | Daraius Dubash and Dr. Faraz Harsini |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __ No __ ✔ __<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 11/1/2023 | Signed: | /s/Gabriel Walters |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

**Order**    This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge