AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| Dubash | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:23-cv-03556 |
| City of Houston, Texas, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants DISCOVERY GREEN CONSERVANCY and BARRY MANDEL   .

Date:  11/01/2023

s/ Andrew S. Holland
*Attorney's signature*

Andrew S. Holland, TX Bar No. 24134330
*Printed name and bar number*
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
909 Fannin Street, Suite 3300
Houston, TX 77010

*Address*

andrew.holland@wilsonelser.com
*E-mail address*

(713) 353-2000
*Telephone number*

(713) 785-7780
*FAX number*

Print    Save As...    Reset