## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Texas

Case Number: 4:23-CV-03556

Plaintiff:
**Daraius Dubash, and Dr. Faraz Harsini**

vs.

Defendant:
**City of Houston, Texas; Houston Downtown Park Corporation; Officer Robert Douglas (#7595), in his individual capacity; Officer Vern Whitworth (#7595), in his individual capacity; Discovery Green Conservancy f/k/a Houston Downtown Park Conservancy; and Barry Mandel, in his individual capacity.**

For:
University of Texas School of Law - Law and Religion Clinic
727 E. Dean Keaton St.
Austin, TX 78705

Received by Stephen Palmer on the 17th day of October, 2023 at 3:51 pm to be served on **Officer Vern Whitworth, 8300 Mykawa Road, Houston, Harris County, TX 77048.**

I, Stephen Palmer, do hereby affirm that on the **23rd day of October, 2023 at 1:55 pm, I:**

**INDIVIDUALLY/PERSONALLY** delivered a true and correct copy of the **Summons In A Civil Action, Order Setting Conference, Complaint for Civil Rights Violations, Judge Andrew S. Hanen's Civil Procedures, Civil Cover Sheet, Flash Drive, Civil Cover Sheet, and Exhibits A, B, C, D, E, F, and G-1, G-2, and G-3 [Flash Drives]** with the date of service endorsed thereon by me, to: **Officer Vern Whitworth** at the address of: **8300 Mykawa Road, Houston, Harris County, TX 77048**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes.

My name is Stephen Palmer. My date of birth is 11/29/1962. My work address is 1334 Sheffield Dri, Missouri City, TX 77459. I declare under penalty of perjury that the foregoing is true and correct. Executed in Harris County on October 24, 2023 by Stephen Palmer, declarant.

Stephen Palmer
PSC-12407; Exp. 12/31/2023

Austin Process LLC
1100 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2023009651
Ref: Dubash v. City of Houston