**AFFIDAVIT OF SERVICE**
UNITED STATES DISTRICT COURT
Southern District of Texas

Case Number: 4:23-CV-03556

Plaintiff: **Daraius Dubash, and Dr. Faraz Harsini**
vs.
Defendant: **City of Houston, Texas; Houston Downtown Park Corporation; Officer Robert Douglas (#7595), in his individual capacity; Officer Vern Whitworth (#7595), in his individual capacity; Discovery Green Conservancy f/k/a Houston Downtown Park Conservancy; and Barry Mandel, in his individual capacity.**

For: University of Texas School of Law - Law and Religion Clinic

Received by Stephen Palmer on the 20 day of October, 2023 at 12:00 Am to be served on **Barry Mandel, 927 W 19th St, Unit A, Houston, Harris County, TX 77008**. I, Stephen Palmer, being duly sworn, depose and say that on the 26 day of October, 2023 at 6:53 Am., executed service by delivering a true copy of the Summons In A Civil Action, Order Setting Conference, Complaint for Civil Rights Violations, Judge Andrew S. Hanen's Civil Procedures, Civil Cover Sheet, Flash Drive, Civil Cover Sheet, and Exhibits A, B, C, D, E, F, and G-1, G-2, and G-3 [Flash Drives] in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Delivered to Barry Mandel at 927 W 19th Street Houston, TX 77008, _____ County.

( ) NON SERVICE: For the reason detailed in the comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

COMMENTS:—

I certify that I am over the age of 18, of sound mind, have no interest in the above action. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes. The facts stated in this affidavit are within my personal knowledge and are true and correct.

My name is Stephen Palmer, my date of birth is 11/29/62 and my address is 1834 Sheffield Dr, Missouri City, TX 77459.

I declare under penalty of perjury that the above is true and correct. Executed in, Harris County, State of Texas, on the 26 day of October, 2023.

PROCESS SERVER # PSC1 2607
EXP. DATE: 12-31-2023
Appointed in accordance with State Statutes

Austin Process LLC
1100 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: 2023009641
Ref: Dubash v. City of Houston