United States District Court
Southern District of Texas
**ENTERED**
November 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03556 |
|---|---|---|---|

| Daraius Dubash and Dr. Faraz Harsini |
|---|
| *versus* |
| City of Houston, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Gabriel Walters<br>Foundation for Individual Rights and Expression<br>(215) 717-3473<br>700 Pennsylvania Ave., SE<br>Suite 340<br>Washington, DC 20003<br>gabe.walters@thefire.org<br>Licensed in the District of Columbia and in the District Court for the District of Columbia (No. 1019272) |
|---|---|

| Name of party applicant seeks to appear for: | Daraius Dubash and Dr. Faraz Harsini |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/1/2023 | Signed: | /s/Gabriel Walters |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge