**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **DARAIUS DUBASH, and DR. FARAZ HARSINI** | § § § | |
| **Plaintiffs,** | § § | **CIVIL ACTION** |
| | § | **CASE NO. 4:23-cv-03556** |
| **v.** | § § | |
| **CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity,** | § § § § § § § § § § § | |
| **Defendants.** | § | |

**DEFENDANT DISCOVERY GREEN CONSERVANCY'S CORPORATE DISCLOSURE
STATEMENT**

Discovery Green Conservancy hereby discloses, pursuant to FED.R.CIV.P. 7.1, that it has

no parent corporations and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

s/ Andrew S. Holland
**Andrew S. Holland**
TX Bar No. 24134330
Andrew.holland@wilsonelser.com
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
909 Fannin St., Suite 3300
Houston, Texas 77010
713-353-2000 tel
713-785-7780 fax

**Attorneys for Defendants Discovery Green
Conservancy and Barry Mandel**

289326112v.1