IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DARAIUS DUBASH, and DR. FARAZ HARSINI** | § § § | |
| **Plaintiffs,** | § § | CIVIL ACTION<br>CASE NO. 4:23-cv-03556 |
| v. | § § | |
| **CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity,** | § § § § § § § § § § § § | |
| **Defendants.** | § | |

## JOINT MOTION SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, AND EXTENDING DATE FOR EVIDENTIARY HEARING

Plaintiffs and Defendants Discovery Green Conservancy f/k/a Houston Downtown Park Conservancy (hereinafter "the Conservancy"), and Barry Mandel, in his individual capacity (collectively, "the Conservancy Defendants"), jointly move for an Order setting a briefing schedule on Plaintiffs' motion for a preliminary injunction, and extending the timeframe in which the Court schedules a hearing on the motion.

### I.   BRIEFING SCHEDULE

1. This action involves allegations by Plaintiffs that Defendants violated certain rights under the United States Constitution, and the Texas Religious Freedom Restoration Act (found

1

289340798v.1

generally at TEX. CIV. PRAC. & REM. CODE § 110.001, *et seq.*). The Complaint consists of eight separate causes of action articulated through 279 decretal paragraphs. *See* Docket No. 1.

2. Since filing the action, Plaintiffs have moved for a preliminary injunction seeking to restrain defendants from taking certain actions relative to the allegations in the Complaint pending the disposition of this suit. *See* Docket Nos.13-16.

3. The law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, was retained to represent the Conservancy Defendants in this action, including in its response to the preliminary injunction motion, and entered an appearance on behalf of the Conservancy Defendants on November 1, 2023. *See* Docket No. 21.

4. The Conservancy Defendants' counsel has reviewed both the Complaint and the motion for a preliminary injunction. The Conservancy Defendants require time to investigate the facts and prepare a proper response to the motion. Accordingly, Plaintiffs' counsel has agreed to extend the deadline by which the Conservancy Defendants must respond to the motion from November 10, 2023, to December 8, 2023. The Conservancy Defendants have agreed that Plaintiffs' time to reply to the opposition papers would be extended to December 22, 2023.

5. This is the Conservancy Defendants' first request for an extension of their deadline to respond to Plaintiffs' motion.

## II.     EVIDENTIARY HEARING DATE

6. Plaintiffs are represented by attorneys affiliated with Law and Religion Clinic at the University of Texas at Austin Law School. Given the involvement of law students in this case, and the desire for students to be able to attend any hearing, Plaintiffs have requested that any hearing on the motion for a preliminary injunction not be held until a date after January 16, 2024.

7. The Conservancy Defendants have no objection to this request.

### III.     PRAYER FOR RELIEF

8.     Based upon the foregoing, Plaintiffs and the Conservancy Defendants jointly request that the Court set a motion schedule as follows:

- **Conservancy Defendants' opposition to the motion for a preliminary injunction shall be due on or before December 8, 2023**
- **Plaintiffs' reply to the Conservancy Defendants' opposition shall be due on or before December 22, 2023**
- **Any evidentiary hearing on this motion shall be held on a date after January 16, 2024.**

Respectfully submitted,

s/ Andrew S. Holland
**Andrew S. Holland**
TX Bar No. 24134330
Andrew.holland@wilsonelser.com
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
909 Fannin St., Suite 3300
Houston, TX 77010
713-353-2000 tel
713-785-7780 fax

**Attorneys for Defendants Discovery Green Conservancy and Barry Mandel**

/s/ JT Morris

John Greil (TX 24110856)
Steven T. Collis (TX 24122632)
Law and Religion Clinic
University of Texas School of Law
727 E. Dean Keaton St.
Austin, TX 78705
(512) 475-9090
John.greil@law.utexas.edu
Steven.collis@law.utexas.edu

JT Morris (TX 24094444)
Gabe Walters (admitted pro hac vice)
Foundation for Individual Rights and Expression

3

(215) 717-3473
700 Pennsylvania Ave., SE
Suite 340
Washington, DC 20003
jt.morris@thefire.org
gabe.walters@thefire.org

Daniel Ortner (admitted pro hac vice)
Foundation for Individual Rights and Expression
(215) 717-3473
510 Walnut St.
Suite 1250
Philadelphia, PA 19106
daniel.ortner@thefire.org

ATTORNEYS FOR PLAINTIFFS

289340798v.1