IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DARAIUS DUBASH, and DR. FARAZ HARSINI** | § § § | |
| **Plaintiffs,** | § § | CIVIL ACTION<br>CASE NO. 4:23-cv-03556 |
| v. | § § | |
| **CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity,** | § § § § § § § § § § § § § | |
| **Defendants.** | § | |

**ORDER GRANTING JOINT MOTION SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, AND EXTENDING DATE FOR EVIDENTIARY HEARING**

Plaintiffs and Defendants Discovery Green Conservancy f/k/a Houston Downtown Park, and Barry Mandel, in his individual capacity (collectively, "the Conservancy Defendants"), having jointly moved for an Order setting a briefing schedule on Plaintiffs' motion for a preliminary injunction (Docket Nos. 13-16), and extending the timeframe in which the Court schedules a hearing on that motion,

**NOW,** it is hereby **ORDERED** that the following briefing schedule shall apply to Plaintiffs' motion as it pertains to the Conservancy Defendants:

- **Conservancy Defendants' opposition to the motion for a preliminary injunction shall be due on or before December 8, 2023**
- **Plaintiffs' reply to the Conservancy Defendants' opposition shall be due on or before December 22, 2023**

1

- **Any evidentiary hearing on this motion shall be held on a date after January 16, 2024.**

Signed this _____ day of November, 2023.

_____
**UNITED STATES DISTRICT JUDGE**