United States District Court
Southern District of Texas
**ENTERED**
November 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03556 |
|---|---|---|---|

Daraius Dubash and Dr. Faraz Harsini

*versus*

City of Houston, et al.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Daniel Ortner<br>Foundation for Individual Rights and Expression<br>(215) 717-3473<br>510 Walnut St., Suite 1250<br>Philadelphia, PA 19106<br>daniel.ortner@thefire.org<br>Licensed in California No. 329866 and Virginia No. 89460<br>1st Circuit Court of Appeals No. 1186299 |
|---|---|

| Name of party applicant seeks to appear for: | Daraius Dubash and Dr. Faraz Harsini |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/1/2023 | Signed: | /s/Daniel M. Ortner |
|---|---|---|

The California state bar reports that the applicant's status is: Active

| Dated: 11/6/2023 | Clerk's signature | /s/ Joan Davenport, deputy clerk |
|---|---|---|

**Order**

Dated: 11/13/23

This lawyer is admitted *pro hac vice*.

_____
United States District Judge