IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DARAIUS DUBASH, and DR. FARAZ HARSINI** | § § § | |
| **Plaintiffs,** | § § | CIVIL ACTION<br>CASE NO. 4:23-cv-03556 |
| v. | § § | |
| **CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity,** | § § § § § § § § § § § § § | |
| **Defendants.** | § | |

**UNOPPOSED MOTION EXTENDING DEFENDANT BARRY MANDEL'S TIME TO RESPOND TO COMPLAINT UNTIL DECEMBER 11, 2023**

Defendants Discovery Green Conservancy f/k/a Houston Downtown Park Conservancy (hereinafter "the Conservancy"), and Barry Mandel, in his individual capacity (collectively, "the Conservancy Defendants"), move for an Order extending Barry Mandel's time to answer or otherwise move against the Complaint until December 11, 2023.

### I.     REQUEST FOR EXTENSION

1.     This action involves allegations by Plaintiffs that Defendants violated certain rights under the United States Constitution, and the Texas Religious Freedom Restoration Act (found generally at TEX. CIV. PRAC. & REM. CODE § 110.001, *et seq.*). *See* Docket No. 1.

2.     On September 20, 2023, Plaintiffs filed their Complaint. *See* Docket No. 1.

1

289554083v.1

3. The Conservancy, as well as defendants City of Houston and Houston Downtown Park Corporation waived service of process, setting their deadline to respond to the Complaint at December 11, 2023. *See* Docket Nos. 10, 11, 12.

4. Mr. Mandel was served personally on October 26, 2023, which fixes his deadline to respond on November 16, 2023. *See* Docket No. 24.

5. The Conservancy Defendants respectfully request that Mr. Mandel's time to respond to the Complaint be extended to December 11, 2023. As Mr. Mandel's response will likely be submitted contemporaneously with one for The Conservancy, it would be beneficial to have both deadlines aligned.

6. Counsel for Plaintiffs have advised they have no objection to this request.

7. This is Mr. Mandel's first request for this relief.

## II. PRAYER FOR RELIEF

8. Accordingly, the Conservancy Defendants respectfully request that the Court extend Barry Mandel's time to answer or otherwise move against the Complaint to December 11, 2023.

Respectfully submitted,

s/ Andrew S. Holland
**Andrew S. Holland**
TX Bar No. 24134330
Andrew.holland@wilsonelser.com
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
909 Fannin St., Suite 3300
Houston, TX 77010
713-353-2000 tel
713-785-7780 fax

**Attorneys for Defendants Discovery Green Conservancy and Barry Mandel**