IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DARAIUS DUBASH, and DR. FARAZ HARSINI** | § § § | |
| **Plaintiffs,** | § § | CIVIL ACTION<br>CASE NO. 4:23-cv-03556 |
| v. | § § | |
| **CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity,** | § § § § § § § § § § § § | |
| **Defendants.** | § | |

**ORDER GRANTING UNOPPOSED MOTION EXTENDING DEFENDANT BARRY MANDEL'S TIME TO RESPOND TO COMPLAINT UNTIL DECEMBER 11, 2023**

Defendants Discovery Green Conservancy f/k/a Houston Downtown Park Conservancy, and Barry Mandel, in his individual capacity, having submitted an unopposed motion for an Order extending Barry Mandel's time to answer or otherwise move against the Complaint until December 11, 2023, it is hereby **ORDERED** that the motion is **GRANTED**, and the deadline for Barry Mandel, in his individual capacity, to answer or otherwise move against the Complaint is hereby extended to December 11, 2023.

Dated this _____ day of November, 2023

_____
UNITED STATES DISTRICT JUDGE

1

289559203v.1