UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Darius Dubash and Faraz Harsini, | § | |
| *Plaintiffs*, | § | |
| | § | |
| *versus* | § | Case No. 4:23-cv-03556-H |
| | § | |
| City of Houston, et al. | § | |
| *Defendants* | § | |

**Scheduling Order**

1. Trial: Estimated time to try: 5 days.  ☐ Bench   X Jury

2. New parties must be joined by:                              1/31/24
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   6/7/24

4. The defendant's experts must be named with a report furnished by:   7/12/24

5. Discovery must be completed by:                             8/2/2024
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                       10/16/2024
   Response due by:                                            11/15/2024

   Non-Dispositive Motions will be filed by:

   *********************  The Court will provide these dates.  *********************

7. Joint pretrial order is due:                                _____
   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:          _____

9. Jury Selection is set for 9:00 a.m. on:*                    _____

The case will remain on standby until tried.

Signed this the _____ day of _____, 20\_\_\_.

_____
Andrew S. Hanen
United States District Judge