IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARAIUS DUBASH AND | § | |
| DR. FARAZ HARSINI | § | |
| | § | CIVIL ACTION |
| v. | § | |
| | § | NO.: 4:23-CV-03556 |
| CITY OF HOUSTON, TEXAS; | § | |
| HOUSTON DOWNTOWN PARK | § | |
| CORPORATION; OFFICER ROBERT | § | |
| DOUGLAS (#7943), IN HIS INDIVIDUAL | § | JURY TRIAL DEMANDED |
| CAPACITY; OFFICER VERN WHITWORTH | § | |
| (#7595), IN HIS INDIVIDUAL CAPACITY; | § | |
| DISCOVERY GREEN CONSERVANCY | § | |
| F/K/A HOUSTON DOWNTOWN PARK | § | |
| CONSERVANCY, AND BARRY MANDEL, | § | |
| IN HIS INDIVIDUAL CAPACITY | § | |

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, HOUSTON DOWNTOWN PARK CORPORATION ("HDPC"), and files this Notice of Appearance and Designation of Lead Counsel informing the Court that counsel, Michael H. Wallis, has been retained to represent Defendant as Lead Counsel. Defendant requests that the Court and all attorneys and parties take notice of this Notice of Appearance and Designation of Lead Counsel, and refer all written copies of all notices, pleadings, motions, orders, announcements, communications, and correspondence be forwarded to the undersigned counsel, as well as to co-counsel for Defendant, Laura Flores Macom, whose Notice of Appearance is filed separately.

Respectfully submitted,

**THORNTON, BIECHLIN,
 REYNOLDS & GUERRA, L.C.**
One International Centre
100 N.E. Loop 410, Suite 500
San Antonio, TX  78216-4741
Telephone:     (210) 581-0294
Facsimile:     (210) 525-0666
Email:  MWallis@thorntonfirm.com
Email:  LMacom@thorntonfirm.com

_____
MICHAEL H. WALLIS
SBN:  24033426
LAURA FLORES MACOM
SBN:  24002512
**ATTORNEYS FOR DEFENDANT
HOUSTON DOWNTOWN PARK
CORPORATION**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument has been properly delivered with the Clerk of the Court on this 6th day of December, 2023 using the CM/ECF system which will send notification of such filing to the following counsel of record:

John Daniel Greil
UNIVERSITY OF TEXAS AT AUSTIN
SCHOOL OF LAW
727 E. Dean Keeton St.
Austin, TX  78705
Email:  john.greil@law.utexas.edu
*Lead Attorney for Plaintiffs*

Steven Timothy Collis
LAW AND RELIGION CLINIC
UNIVERSITY OF TEXAS AT AUSTIN
SCHOOL OF LAW
727 E. Dean Keeton St.
Austin, TX  78705
Email:  steven.collis@law.utexas.edu
*Attorney for Plaintiffs*

JT Morris
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
700 Pennsylvania Ave., SE, Ste. 340
Washington, DC 20003
Email: jt.morris@thefire.org
*Attorney for Plaintiffs*

Gabriel Zane Walters
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
700 Pennsylvania Ave., SE, Ste. 340
Washington, DC 20003
Email: gabe.walters@thefire.org
*Lead Attorney Pro Hac Vice Attorney for Plaintiffs*

Daniel Ortner
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 1250
Philadelphia, PA 191106
Email: daniel.ortner@thefire.org
*Pro Hac Vice Attorney for Plaintiffs*

Andrew S. Holland
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
909 Fannin St., Ste. 3300
Houston, TX  77010
Email: andrew.holland@wilsonelser.com
*Attorney for Defendants, Discovery Green Conservancy and Barry Mandel*

                                                                            _____
                                                                            Michael H. Wallis
                                                                            Laura Flores Macom