IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARAIUS DUBASH AND DR. FARAZ HARSINI | § § § | |
| v. | § § | CIVIL ACTION NO.: 4:23-CV-03556 |
| CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (#7943), IN HIS INDIVIDUAL CAPACITY; OFFICER VERN WHITWORTH (#7595), IN HIS INDIVIDUAL CAPACITY; DISCOVERY GREEN CONSERVANCY F/K/A HOUSTON DOWNTOWN PARK CONSERVANCY, AND BARRY MANDEL, IN HIS INDIVIDUAL CAPACITY | § § § § § § § § § § § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, HOUSTON DOWNTOWN PARK CORPORATION ("HDPC"), and files this Notice of Appearance informing the Court that counsel, Laura Flores. Macom, has been retained to represent Defendant as co-counsel to Lead Counsel, Michael H. Wallis, in this matter, and requests that copies of all notices, pleadings, motions, orders, announcements, communications, and correspondence be forwarded to the undersigned co-counsel on behalf of Defendant.

Designated lead counsel of record for Defendant, Michael H. Wallis, shall continue to receive copies of notices, pleadings, motions, orders, announcements, communications, and correspondence.

___

Notice of Appearance of Co-Counsel                                                                                              Page 1

Respectfully submitted,

**THORNTON, BIECHLIN,
     REYNOLDS & GUERRA, L.C.**
One International Centre
100 N.E. Loop 410, Suite 500
San Antonio, TX  78216-4741
Telephone:     (210) 581-0294
Facsimile:      (210) 525-0666
Email:  MWallis@thorntonfirm.com
Email:  LMacom@thorntonfirm.com

*/s/ Laura Flores Macom*
MICHAEL H. WALLIS
SBN:  24033426
LAURA FLORES MACOM
SBN:  24002512
**ATTORNEYS FOR DEFENDANT
HOUSTON DOWNTOWN PARK
CORPORATION**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument has been properly delivered with the Clerk of the Court on this 6th day of December, 2023 using the CM/ECF system which will send notification of such filing to the following counsel of record:

John Daniel Greil
UNIVERSITY OF TEXAS AT AUSTIN
SCHOOL OF LAW
727 E. Dean Keeton St.
Austin, TX  78705
Email:  john.greil@law.utexas.edu
*Lead Attorney for Plaintiffs*

Steven Timothy Collis
LAW AND RELIGION CLINIC
UNIVERSITY OF TEXAS AT AUSTIN
SCHOOL OF LAW
727 E. Dean Keeton St.
Austin, TX  78705
Email:  steven.collis@law.utexas.edu
*Attorney for Plaintiffs*

JT Morris
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
700 Pennsylvania Ave., SE, Ste. 340
Washington, DC 20003
Email:  jt.morris@thefire.org
*Attorney for Plaintiffs*


Gabriel Zane Walters
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
700 Pennsylvania Ave., SE, Ste. 340
Washington, DC 20003
Email:  gabe.walters@thefire.org
*Lead Attorney Pro Hac Vice Attorney for Plaintiffs*


Daniel Ortner
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 1250
Philadelphia, PA 191106
Email:  daniel.ortner@thefire.org
*Pro Hac Vice Attorney for Plaintiffs*


Andrew S. Holland
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
909 Fannin St., Ste. 3300
Houston, TX  77010
Email:  andrew.holland@wilsonelser.com
*Attorney for Defendants, Discovery Green Conservancy and Barry Mandel*


                                             */s/ Laura Flores Macom*
                                             Michael H. Wallis
                                             Laura Flores Macom