IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DARAIUS DUBASH, and DR. FARAZ HARSINI** § § § **Plaintiffs,** § § **v.** § § **CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity,** § § § § § § § § § § § § § **Defendants.** § | **CIVIL ACTION CASE NO. 4:23-cv-03556** |

**JOINT MOTION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT UNTIL DECEMBER 27, 2023, AND SETTING BRIEFING SCHEDULE ON ANTICIPATED RULE 12(b) MOTIONS**

Defendants and Plaintiffs jointly move for an Order extending Defendants' time to answer or otherwise move against the Complaint until December 27, 2023, and setting a briefing schedule on anticipated Rule 12(b) motions.

### I.   REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1. This action involves allegations by Plaintiffs that Defendants violated certain rights under the United States Constitution, and the Texas Religious Freedom Restoration Act (found generally at TEX. CIV. PRAC. & REM. CODE § 110.001, *et seq.*). *See* Docket No. 1.

2. On September 20, 2023, Plaintiffs filed their Complaint. *See* Docket No. 1.

3. At present, all Defendants' deadlines to respond to the Complaint, except for Officer Robert Douglas and Officer Vern Whitworth, are fixed at December 11, 2023 (see Dkt. Nos. 10, 11, 12, 30). Plaintiffs have agreed to extend those deadlines, along with the past deadlines for Officer Douglas and Officer Whitworth to respond, until December 27, 2023.

4. All parties except for Discovery Green and Barry Mandel have only recently become represented in this matter this week, thus requiring counsel to prepare a defense for these parties at this time.

5. Accordingly, Defendants respectfully request that the deadlines for all Defendants to respond to the Complaint be extended to December 27, 2023.

6. Counsel for Plaintiffs have advised they have no objection to this request.

## II.   BRIEFING SCHEDULE

7. In addition, some, if not all, Defendants anticipate moving to dismiss the Complaint pursuant to FED.R.CIV.P. 12(b), in lieu of filing an Answer. Defendants have anticipatorily agreed that if they do so, Plaintiffs' deadline to respond to any such motions will be extended to January 24, 2024. Plaintiffs agree that Defendants shall have until February 7, 2024, to file reply papers.

## III.   PRAYER FOR RELIEF

8. Accordingly, the Parties request that the following deadlines be set concerning the Complaint:

- **All Defendants' deadlines to answer or otherwise move against the Complaint shall be extended to December 27, 2023.**
- **Plaintiffs shall have until January 24, 2024, to respond to any FED.R.CIV.P. 12(b) motions filed against the Complaint**
- **Defendants shall have until February 7, 2024, to submit any reply papers to Plaintiffs' response to any such motions**

Respectfully submitted,

s/ Andrew S. Holland
**Andrew S. Holland**
State Bar No. 24134330
Andrew.holland@wilsonelser.com
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
909 Fannin St., Suite 3300
Houston, TX 77010
713-353-2000 tel
713-785-7780 fax

**Attorneys for Defendants City of Houston, Texas, Officer Robert Douglas (#7943), Officer Vern Whitworth (#7595), Discovery Green Conservancy, and Barry Mandel**

s/ Michael H. Wallis
**Michael H. Wallis**
State Bar No. 24033426
**Laura Flores Macom**
State Bar No. 24002512
Thornton, Biechlin, Reynolds & Guerra, L.C.
One International Center
100 N.E. Loop 410, Suite 500
San Antonio, TX 78216-4741
(210) 581-0294 tel
(210) 525-0666 fax

**Attorneys for Houston Downtown Park Corporation**

s/ JT Morris

John Greil (TX 24110856)
Steven T. Collis (TX 24122632)
Law and Religion Clinic
University of Texas School of Law
727 E. Dean Keaton St.
Austin, TX 78705
(512) 475-9090
John.greil@law.utexas.edu
Steven.collis@law.utexas.edu

JT Morris (TX 24094444)
Gabe Walters (admitted pro hac vice)

3

Foundation for Individual Rights and Expression
(215) 717-3473
700 Pennsylvania Ave., SE
Suite 340
Washington, DC 20003
jt.morris@thefire.org
gabe.walters@thefire.org

Daniel Ortner (admitted pro hac vice)
Foundation for Individual Rights and Expression
(215) 717-3473
510 Walnut St.
Suite 1250
Philadelphia, PA 19106
Daniel.ortner@thefire.org

**Attorneys for Plaintiffs**

CERTIFICATE OF SERVICE

I, Andrew S. Holland, certify that today, December 8, 2023, I filed the within joint motion for a briefing schedule with CM/ECF, for filing and service upon all attorneys who have appeared.

s/ Andrew S. Holland
ANDREW S. HOLLAND