IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DARAIUS DUBASH, and DR. FARAZ HARSINI** | § § § | |
| **Plaintiffs,** | § § | **CIVIL ACTION** **CASE NO. 4:23-cv-03556** |
| v. | § § | |
| **CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity,** | § § § § § § § § § § § § | |
| **Defendants.** | § | |

**ORDER GRANTING JOINT MOTION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT UNTIL DECEMBER 27, 2023, AND SETTING BRIEFING SCHEDULE ON ANTICIPATED RULE 12(b) MOTIONS**

Plaintiffs and Defendants having jointly moved for an Order extending Defendants' time to respond to the Complaint until December 27, 2023, and setting a briefing schedule on anticipated Rule 12(b) motions, it is hereby **ORDERED** that the motion is **GRANTED**, and the following deadlines are set:

- **All Defendants' deadlines to answer or otherwise move against the Complaint shall be extended to December 27, 2023.**
- **Plaintiffs shall have until January 24, 2024, to respond to any FED.R.CIV.P. 12(b) motions filed against the Complaint**
- **Defendants shall have until February 7, 2024, to submit any reply papers to Plaintiffs' response to any such motions**

Dated this _____ day of December, 2023

_____
UNITED STATES DISTRICT JUDGE

290568563v.1