IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DARAIUS DUBASH, and DR. FARAZ HARSINI** § § § | |
| **Plaintiffs,** § § | CIVIL ACTION<br>CASE NO. 4:23-cv-03556 |
| v. § § | |
| **CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity,** § § § § § § § § § § § § | |
| **Defendants.** § | |

**ORDER GRANTING JOINT MOTION SETTING BRIEFING SCHEDULE AND PROPOSING HEARING DATE ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiffs and Defendants having jointly moved for an Order setting a briefing schedule on Plaintiffs' motion for a preliminary injunction (Docket Nos. 13-16), and proposing a timeframe in which the Court schedules a hearing on that motion,

**NOW,** it is hereby **ORDERED** that the following briefing schedule shall apply to Plaintiffs' motion:

- **All Defendants' oppositions to the motion for a preliminary injunction shall be due on or before December 27, 2023**
- **Plaintiffs' reply to the Defendants' oppositions shall be due on or before January 10, 2024**
- **Any hearing on this motion shall be held as soon as the Court's schedule permits, on a date after January 16, 2024.**

1

Signed this _____ day of December, 2023.

_____
**UNITED STATES DISTRICT JUDGE**

290572116v.1
290572116v.1