United States District Court
Southern District of Texas
**ENTERED**
December 13, 2023
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON PRESIDING
DATE: December 12, 2023
COURT REPORTER: ERO
MORNING: _____   AFTERNOON: 3:25-3:29PM
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO. 4:23cv3556

| | |
|---|---|
| Darius Dubash, et al | JT Morris |
| Plaintiffs | |
| City of Houston, et al | Andrew Stephen Holland<br>Michael Hamilton Wallis<br>Laura Flores Macom |
| Defendants | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MINUTE ENTRY ORDER:**

The Court conducted the Initial Conference and entered a Scheduling Order.

Signed this 13th day of December, 2023.

_____
Sam Sheldon
United States Magistrate Judge