United States District Court
Southern District of Texas
**ENTERED**
December 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Darius Dubash and Faraz Harsini, | § | |
| *Plaintiffs*, | § | |
| | § | |
| *versus* | § | Case No. 4:23-cv-03556-H |
| | § | |
| City of Houston, et al. | § | |
| *Defendants* | § | |

**Scheduling Order**

1. Trial: Estimated time to try: 5 days.          ☐ Bench    X Jury

2. New parties must be joined by:                                    1/31/24
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    6/7/24

4. The defendant's experts must be named with a report furnished by:   7/12/24

5. Discovery must be completed by:                                   8/2/2024
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                            10/16/2024
   Response due by:                                                 11/15/2024

   Non-Dispositive Motions will be filed by:

********************  The Court will provide these dates.  ********************

7. Joint pretrial order is due:                                    April 14, 2025
   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:               May 12, 2025

9. Jury Selection is set for 9:00 a.m. on:*                         May 27, 2025

The case will remain on standby until tried.

Signed this the ____12th____ day of __December_____, 20 _23_.

_____
Sam Sheldon
United States Magistrate Judge