Case 4:23-cv-03556 Document 39 Filed on 12/12/23 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARAIUS DUBASH, and DR. FARAZ HARSINI<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity,<br><br>Defendants. | CIVIL ACTION<br>CASE NO. 4:23-cv-03556 |

## ORDER GRANTING JOINT MOTION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT UNTIL DECEMBER 27, 2023, AND SETTING BRIEFING SCHEDULE ON ANTICIPATED RULE 12(b) MOTIONS

Plaintiffs and Defendants having jointly moved for an Order extending Defendants' time to respond to the Complaint until December 27, 2023, and setting a briefing schedule on anticipated Rule 12(b) motions, it is hereby **ORDERED** that the motion is **GRANTED**, and the following deadlines are set:

- **All Defendants' deadlines to answer or otherwise move against the Complaint shall be extended to December 27, 2023.**
- **Plaintiffs shall have until January 24, 2024, to respond to any FED.R.CIV.P. 12(b) motions filed against the Complaint**
- **Defendants shall have until February 7, 2024, to submit any reply papers to Plaintiffs' response to any such motions**

SIGNED on this 12th day of December 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE