IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DARAIUS DUBASH, and DR. FARAZ HARSINI** | § § § | |
| **Plaintiffs,** | § § | **CIVIL ACTION** |
| | § | **CASE NO. 4:23-cv-03556** |
| v. | § § | |
| **CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity,** | § § § § § § § § § § § § | |
| **Defendants.** | § | |

**ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs having moved for a preliminary injunction, and Defendants having opposed said motion, this Court finds that Plaintiffs have not established their entitlement to a preliminary injunction against any of the Defendants. It is therefore

**ORDERED** that Plaintiffs' motion for a preliminary injunction is hereby **DENIED**.

**SO ORDERED**, this _____ day of _____, 2024

_____
UNITED STATES DISTRICT JUDGE

291204327v.1