United States District Court
Southern District of Texas
**ENTERED**
January 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARAIUS DUBASH, and DR. FARAZ HARSINI § § § Plaintiffs, § § v. § § CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity, § § § § § § § § § § § § § § § § Defendants. § | CIVIL ACTION CASE NO. 4:23-cv-03556 |

### ORDER GRANTING DEFENDANTS' UNOPPOSED JOINT MOTION TO EXCEED PAGE LIMITS

Defendants' Joint Motion to Exceed Page Limits [Docket No. 41], requesting an Order granting leave to exceed the page limits of this Court with regard to their Joint Memorandum of Law in Response [Docket No. 41] to Plaintiffs' Motion for Preliminary Injunction [Docket Nos. 13, 15], is GRANTED. Defendants' Joint Memorandum of Law in Response to Plaintiffs' Motion for Preliminary Injunction, [Docket No. 41], may exceed the 20-page limit up to and including 25 pages exclusive of caption, tables of contents, and signature block.

IT IS FURTHER ORDERED that Plaintiffs are hereby granted five additional pages for their Reply.

Signed, December __30__, 2023

Andrew S. Hanen
United States District Judge