**979519-22**     Suppl No
**ORIG**

# HOUSTON POLICE DEPARTMENT



Houston Police Department
1200 Travis Street
Houston, Texas 77002
713-884-3131  Emergency Dial 9-1-1

Reported Date
**07/23/2022**
Offense Report Title
**Criminal Trespassing (All Other Locations)**
Officer Name
**TA, M Q**

## Administrative Information

| Agency | | | Incident # | | Suppl No | Reported Date | Reported Time |
|---|---|---|---|---|---|---|---|
| **HOUSTON POLICE DEPARTMENT** | | | **979519-22** | | **ORIG** | **07/23/2022** | **20:57** |

| Status | Offense Report Title |
|---|---|
| **Report Written or to Follow** | **Criminal Trespassing (All Other Locations)** |

| CAD Call Type |
|---|
| **3050** |

| Address | City |
|---|---|
| **1600 LAMAR** | **Houston** |

| ZIP Code | Dist/Beat | Station | District | From Date | From Time | Primary Unit |
|---|---|---|---|---|---|---|
| **77010** | **1A10** | **SO** | **01** | **07/23/2022** | **20:57** | **2Y25E** |

| Officer Name / Employee# | Division |
|---|---|
| **TA, M Q / 166559** | **Downtown - Evenings - Patrol** |

| Report Entered By / Employee# | Division |
|---|---|
| **TA, M Q / 166559** | **Downtown - Evenings - Patrol** |

| RMS Transfer | Property Trans Stat | Weather | Estimated Loss Value | Language Translator |
|---|---|---|---|---|
| **Successful** | **Successful** | **Hot** | **None or Not Applicable** | **No Translator Used** |

| Gang Crime | Hate Crime | Family violence | Foster Care Facility | Mental Illness | Metal Theft | Offense County |
|---|---|---|---|---|---|---|
| **No** | **No** | **No** | **No** | **No** | **No** | **Harris County** |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| **166559** | **07/24/2022** | **00:00:35** |

| # Offenses | Offense | Description |
|---|---|---|
| **1** | **26770** | **Criminal Trespassing** |

| Link | Involvement | Invl No | Name (Last,First MI) | Race | Sex |
|---|---|---|---|---|---|
| **COM** | **COM** | **1** | **WILLIS,FLOYD LOGAN** | **W** | **M** |
| DOB | | | | | |
| **■■■■1978** | | | | | |
| **SUS** | **ARR** | **1** | **DUBASH,DARAIUS RUSTOM** | **A** | **M** |
| DOB | | | | | |
| **■■■■1979** | | | | | |

## Person Summary

| Invl | Invl No | Type | Name (Last,First MI) | MNI |
|---|---|---|---|---|
| **ARR** | **1** | **I** | **DUBASH,DARAIUS RUSTOM** | **5100786** |
| Race | Sex | DOB | | |
| **A** | **M** | **■■■■1979** | | |
| **CAB** | **1** | **B** | **DISCOVERY GREEN** | **5100831** |
| Race | Sex | DOB | | |
| | | | | |
| **COM** | **1** | **I** | **WILLIS,FLOYD LOGAN** | **1710844** |
| Race | Sex | DOB | | |
| **W** | **M** | **07/30/1978** | | |
| **WIT** | **1** | **I** | **DOUGLAS,R** | **4506756** |
| Race | Sex | DOB | | |
| **B** | **M** | | | |

| Report Officer | Printed At | |
|---|---|---|
| **166559/TA, M Q** | **11/28/2023 14:39** | **Page 1 of 5** |

**979519-22**    Suppl No
ORIG

# HOUSTON POLICE DEPARTMENT

## Arrested Person 1: DUBASH,DARAIUS RUSTOM

| Involvement | Invl No | Type |
|---|---|---|
| Arrested Person | 1 | Individual |

| Name (Last,First MI) | MNI | Race | Sex |
|---|---|---|---|
| DUBASH,DARAIUS RUSTOM | ███████ | Asian | Male |

| DOB | Age | Hispanic | | Juvenile? | Height | Weight |
|---|---|---|---|---|---|---|
| ████ 1979 | 43 | Not Hispanic/Latino (N) | | No | 5'09" | 137# |

| Hair Color | Eye Color | Complex | Gen Appearance | Build | Hair Description |
|---|---|---|---|---|---|
| Black | Brown | Light | Clean | Medium / Normal | Long |

| Facial Features | Glasses | Clothing Description |
|---|---|---|
| FACIAL - HEAVY BEARD | Prescription | White |

| Clothing Desc 1 | PRN | Jail Transfer | Use Of Force By Officer? | Susp Marital Status |
|---|---|---|---|---|
| Shirt T-Shirt | ████ | Successful | No | Singled |

| Citizen Of | Reported Date | Vic/Ofnd Age | Residence | Sexual Assault? |
|---|---|---|---|---|
| United States - American Citizen | 07/23/2022 | 43 | Non-resident | No |

| Type | Address |
|---|---|
| Home | ████████████ |

| City | State | ZIP Code | Date |
|---|---|---|---|
| AUSTIN | Texas | 78746 | 07/23/2022 |

| Type | Address |
|---|---|
| Mailing | ████████████ |

| City | State | ZIP Code | Date |
|---|---|---|---|
| AUSTIN | Texas | 78746 | 07/23/2022 |

| Type | ID No | ST |
|---|---|---|
| State Issued Drivers License / ID Card # | ████████ | █ |

| Phone Type | Phone No | Date |
|---|---|---|
| Cell - Mobile | ████████ | 07/23/2022 |

| Type | EMail |
|---|---|
| Home | none |

| Mark Type |
|---|
| NONE |

| Relationship | Name (Last,First MI) |
|---|---|
| Unknown | UNKNOWN |

| Employer/School |
|---|
| NONE |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Booking No |
|---|---|---|---|---|
| Arrested | On-View Arrest / Dispatch Arrest | 07/23/2022 | 22:02:00 | 22-25962 |

| Status | Dispo |
|---|---|
| Booked | Misdemeanor |

| Arrest Address | City |
|---|---|
| 1600 LAMAR | Houston |

| Dist/Beat | Transport Unit | Place of Birth | City of Birth | Transport By | District |
|---|---|---|---|---|---|
| 1A10 | 3Y22N | ████████ | ████████████ | MILLS, Q J | 01 |

| Physical Condition |
|---|
| Good Health/Claims Good/Ok |

| NIBRS | Probation? | Parole? | Bond? |
|---|---|---|---|
| N01 | No | No | No |

| Multi-Arrests | Armed With |
|---|---|
| Not applicable | Unarmed |

| Charge Code | Level | Charge |
|---|---|---|
| CRIMINAL TRESPASS | M | Criminal Trespass |

| Arrest Details |
|---|
| THE SUSPECT WAS ARRESTED FOR CRIMINAL TRESPASS |

| Charge Code | Level | Charge | Hold Division |
|---|---|---|---|
| -PROCESS- BURG & THEFT | HO | Process For Burglary And Theft | BT |

| Authorized By |
|---|
| 000000 |

| Arrest Details |
|---|
| SUSPECT WAS ARRESTED FOR TRESPASS |

## Complainant - Business / Government 1: DISCOVERY GREEN

| Involvement | Invl No | Type |
|---|---|---|
| Complainant - Business / Government | 1 | Business |

| Name (Last,First MI) | MNI | PRN |
|---|---|---|
| DISCOVERY GREEN | 5100831 | 6557700 |

| Use Of Force By Officer? | Reported Date |
|---|---|
| No | 07/23/2022 |

| Report Officer | Printed At | |
|---|---|---|
| 166559/TA, M Q | 11/28/2023 14:39 | Page 2 of 5 |

**979519-22**        Suppl No
                     **ORIG**

# HOUSTON POLICE DEPARTMENT

| Type | | | | | |
|---|---|---|---|---|---|
| **Work / Business** | | | | | |

| Address | | | | | Dist/Beat |
|---|---|---|---|---|---|
| **1600 LAMAR** | | | | | **1A10** |

| Map Coordinates | City | State | ZIP Code | Date |
|---|---|---|---|---|
| **-95.360634/29.752754** | **Houston** | **Texas** | **77010** | **07/23/2022** |

| Type | ID No | ST |
|---|---|---|
| **State Issued Drivers License / ID Card #** | **0000000000** | **TX** |

| Phone Type | Phone No | Date |
|---|---|---|
| **Cell - Mobile** | **(000)000-0000** | **07/23/2022** |

| Type | EMail |
|---|---|
| **Home** | **none** |

## IBRS Info

| Victim Invl No | NIBRS |
|---|---|
| **1** | **90J** |

Related Offenses
**90J**

## Complainant 1: WILLIS,FLOYD LOGAN

| Involvement | Invl No | Type |
|---|---|---|
| **Complainant** | **1** | **Individual** |

| Name (Last,First MI) | MNI |
|---|---|
| **WILLIS,FLOYD LOGAN** | **1710844** |

| Race | Sex | DOB | Age |
|---|---|---|---|
| **White or White Hispanic** | **Male** | ▓▓**1978** | **43** |

| Hispanic | | Juvenile? | Height | Weight |
|---|---|---|---|---|
| **Not Hispanic/Latino** | **(N)** | **No** | **6'02"** | **205#** |

| Hair Color | Eye Color | PRN | Use Of Force By Officer? | Reported Date | Vic/Ofnd Age | Residence |
|---|---|---|---|---|---|---|
| **Blond or Strawberry** | **Blue** | **6557701** | **No** | **07/23/2022** | **43** | **Non-resident** |

| Sexual Assault? |
|---|
| **No** |

| Type | Address |
|---|---|
| **Home** | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |

| City | State | ZIP Code | Date |
|---|---|---|---|
| ▓▓▓ | ▓▓ | ▓▓▓ | **07/23/2022** |

| Type | Address |
|---|---|
| **Mailing** | **1926 ASHFORD HOLLOW LN** |

| City | State | ZIP Code | Date |
|---|---|---|---|
| ▓▓▓ | ▓▓ | ▓▓▓ | **07/23/2022** |

| Type | ID No | ST |
|---|---|---|
| **State Issued Drivers License / ID Card #** | ▓▓▓▓ | ▓ |

| Type | ID No |
|---|---|
| **Package Number** | ▓▓▓ |

| Type | ID No |
|---|---|
| **HPD Number** | ▓▓▓▓ |

| Type | ID No |
|---|---|
| **Harris County Sheriff's Office # (SO#)** | ▓▓▓ |

| Type | ID No | ST |
|---|---|---|
| **State Issued Drivers License / ID Card #** | ▓▓▓ | ▓ |

| Phone Type | Phone No | Date |
|---|---|---|
| **Cell - Mobile** | ▓▓▓▓ | **07/23/2022** |

| Type | EMail |
|---|---|
| **Home** | **none** |

## IBRS Info

| Victim Invl No | NIBRS |
|---|---|
| **1** | **90J** |

Related Offenses
**90J**

## Witness 1: DOUGLAS,R

| Involvement | Invl No | Type | Name (Last,First MI) |
|---|---|---|---|
| **Witness** | **1** | **Individual** | **DOUGLAS,R** |

| MNI | Race | Sex |
|---|---|---|
| **4506756** | **Black, Black Hispanic or African American** | **Male** |

| Hispanic | | PRN | Use Of Force By Officer? | Reported Date |
|---|---|---|---|---|
| **Not Hispanic/Latino** | **(N)** | **6557699** | **No** | **07/23/2022** |

| Report Officer | Printed At | |
|---|---|---|
| **166559/TA, M Q** | **11/28/2023 14:39** | **Page 3 of 5** |

**979519-22**

# HOUSTON POLICE DEPARTMENT

| Type | | | | | | |
|---|---|---|---|---|---|---|
| **Work / Business** | | | | | | |

| Address | | | | | Dist/Beat |
|---|---|---|---|---|---|
| **1900 RUSK ST** | | | | | **1A10** |

| Map Coordinates | City | State | ZIP Code | Date |
|---|---|---|---|---|
| **-95.355995/29.75378** | **Houston** | **Texas** | **77010** | **07/23/2022** |

| Type | | ID No | ST |
|---|---|---|---|
| **State Issued Drivers License / ID Card #** | | **00000000000** | **TX** |

| Phone Type | Phone No | Date |
|---|---|---|
| **Home** | **(000)000-0000** | **07/23/2022** |

| Type | EMail |
|---|---|
| **Home** | **none** |

## Modus Operandi

| Gang Act? | Premise Type |
|---|---|
| **No** | **Amusement Park, Bowling Alley, Skate Rink** |

NIBRS
**BVNR**

BWC Video(s)
**Body Video Not Reviewed**

## Brief Summary

The suspect refused to leave the property when complainant and Houston Police Officer asked him to leave.

Body worn camera activated.

## Narrative

ALL BWCs ON SCENE:
==================
Officer M.Ta (166559)

Officer Mills (165167)

INTRODUCTION:
=============
I, Officer M.Ta was riding unit 2y25e and was dispatched to 1600 Lamar for a trespass call on 07/23/2022 at 2121 hrs.

I arrived to the scene at 2127 hrs, I made contact with the EJ Officer, the complainant and the suspect.

Body worn camera activated.

COMPLAINANT STATEMENTS:
=======================
CAB- Discovery Green.

Com- Willis, Floyd Logan

The complainant was the park manager and the complainant stated the Discovery Green Park did not allow any protest action on their property. Today, the complainant stated the suspect and his friends began to set up a group of protest and television inside the park. The complainant confronted the suspect and his friend, the complainant asked them to leaves but they refused, they had verbal altercation with the complainant. The complainant called extra job Officer Douglas, R.

The complainant is willing to prosecute at this time.

WITNESS STATEMENTS:
===================
Wit- Douglas, R

The witness stated he was working extra at the Discovery Green, the witness stated the complainant notified him about some protestors on the Discovery Green park. The witness came and confronted the suspect along with his friend. The suspect's friends agreed to leave but the suspect did not leave. The witness asked the suspect to leaves multiple times but the suspect still refused. Witness detained the suspect and waited until primary Officer

| Report Officer | Printed At | |
|---|---|---|
| **166559/TA, M Q** | **11/28/2023 14:39** | **Page 4 of 5** |

979519-22   Suppl No
ORIG

# HOUSTON POLICE DEPARTMENT

<span style="background-color:darkred;color:white">**Narrative**</span>

arrived.

The witness stated the suspect had been here many times and had been asked to leaves but he kept coming back. The witness stated suspect knew Discovery Green is a private park.

REPORTEE STATEMENT:
===================
Same as the witness

OFFICER'S PARAGRAPH/SCENE  DESCRIPTION:
======================================
The scene was at Discovery Green and it was known as a private park inside 1A10 of Harris county.

OFFICER'S ACTIONS:
==================
I arrived at the scene, I made contact with the witness and we went to the office of the park where the suspect was being secured at. At the park office, I interviewed the witness and complainant to gathering needed information. I walked the suspect to my police vehicle and secure him in my police vehicle. I called DA Office and spoke with ADA Rockrise who accepted trespass charges against the suspect. I called and advised 2y06e for a releasing unit, 2y06e advised me that Night shift unit would come out for transport. Unit 3y22e arrived,  I released custody of the suspect to Unit 3y22e and I left the scene. I completed report, charges and SB111.

DISPOSITION:
============
Ori completed.

SUSPECT STATEMENTS:
===================
Sus-Dubash, Daraius.

The suspect stated he came to the park to present his first amendment and his right. The suspect stated his group did not bother anyone and they only wait for peoples to approach them. The suspect stated he asked HPD Officer if he did not want to leaves, will he gonna be arrested but HPD Officer did not answer his question but put handcuff on him.

PROPERTY/EVIDENCE  FOUND OR RECOVERED:
======================================
None.

979519-22      Suppl No  0001

# HOUSTON POLICE DEPARTMENT



Houston Police Department
1200 Travis Street
Houston, Texas 77002
713-884-3131  Emergency Dial 9-1-1

Reported Date
**07/23/2022**
Offense Report Title
**Criminal Trespassing (All Other Locations)**
Officer Name
**MILLS, Q J**

## Administrative Information

| | | | | |
|---|---|---|---|---|
| Agency **HOUSTON POLICE DEPARTMENT** | Incident # **979519-22** | Suppl No **0001** | Reported Date **07/23/2022** | Reported Time **22:37** |

| | |
|---|---|
| Status **Report Written or to Follow** | Offense Report Title **Criminal Trespassing (All Other Locations)** |

CAD Call Type
**3050**

| | |
|---|---|
| Address **1600 LAMAR** | City **Houston** |

| ZIP Code | Dist/Beat | Station | District | From Date | From Time |
|---|---|---|---|---|---|
| **77010** | **1A10** | **SO** | **01** | **07/23/2022** | **20:57** |

| | |
|---|---|
| Officer Name / Employee# **MILLS, Q J / 165167** | Division **Downtown - Nights - Patrol** |
| Report Entered By / Employee# **MILLS, Q J / 165167** | Division **Downtown - Nights - Patrol** |

| RMS Transfer | Property Trans Stat | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|---|
| **Successful** | **Successful** | **165167** | **07/24/2022** | **00:01:30** |

## Modus Operandi

| Gang Act? | NIBRS |
|---|---|
| **No** | **BVNR** |

BWC Video(s)
**Body Video Not Reviewed**

## Brief Summary

SUPPLEMENT

## Narrative

ALL BWCs ON SCENE:
=================
165167 - MILLS - 3Y22N
166559 - TA MINH - 2Y25E

INTRODUCTION:
=============
I, OFFICER MILLS, WAS RIDING 3Y22N ON 7/23/22 WHEN I WENT TO 2Y25E CALL TO TRANSPORT A SUSPECT FOR HIM TO JPC. I ARRIVD ON SCENE AT 2230 HOURS.

OFFICER'S ACTIONS:
==================
I ARRIVED ON SCENE AND SPOKE WITH 2Y25E AND GOT THE SUSPECT OUT OF HIS SHOP AND SEARCHED THE SUSPECT. I THEN TRANSFERRED THE SUSPECT TO MY VEHICLE AND PUT HIM IN THE BACK. I THEN TRANSPORTED THE SUSPECT TO JPC, WE ARRIVED AT JPC AT 2243 HOURS.

I BOOKED THE SUSPECT IN TO JPC, COMPLETED THIS SUPPLEMENT

DISPOSITION:
============
SUPP, ARR,

| Report Officer **165167/MILLS, Q J** | Printed At **11/28/2023 14:40** | **Page 1 of 1** |
|---|---|---|

979519-22        Suppl No
                 0002

# HOUSTON POLICE DEPARTMENT



Houston Police Department
1200 Travis Street
Houston, Texas 77002
713-884-3131  Emergency Dial 9-1-1

Reported Date
**07/24/2022**
Offense Report Title
**Criminal Trespassing (All Other Locations)**
Officer Name
**DOUGLAS, R C**

## Administrative Information

| Agency | Incident # | Suppl No | Reported Date | Reported Time |
|---|---|---|---|---|
| **HOUSTON POLICE DEPARTMENT** | **979519-22** | **0002** | **07/24/2022** | **07:18** |

| Status | Offense Report Title |
|---|---|
| **Report Written or to Follow** | **Criminal Trespassing (All Other Locations)** |

| CAD Call Type |
|---|
| **3050** |

| Address | City |
|---|---|
| **1600 LAMAR** | **Houston** |

| ZIP Code | Dist/Beat | Station | District | From Date | From Time |
|---|---|---|---|---|---|
| **77010** | **1A10** | **SO** | **01** | **07/23/2022** | **20:57** |

| Officer Name / Employee# | Division |
|---|---|
| **DOUGLAS, R C / 129961** | **Juvenile - Days - Intake** |

| Report Entered By / Employee# | Division |
|---|---|
| **DOUGLAS, R C / 129961** | **Juvenile - Days - Intake** |

| RMS Transfer | Property Trans Stat | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|---|
| **Successful** | **Successful** | **129961** | **07/24/2022** | **08:30:11** |

## Modus Operandi

| Gang Act? | NIBRS |
|---|---|
| **No** | **BVNO** |

| BWC Video(s) |
|---|
| **Body Video No(No Camera Issued)** |

## Narrative

ON 07/23/2022, I OFFICER RC DOUGLAS WORKING AN APPROVED EXTRA JOB AT DISCOVERY GREEN PARK AT APPROXIMATELY 2100 HRS. OFFICER DOUGLAS WAS ADVISED BY A PARK MANAGER (FLOYD WILLIS) AND PARK SECURITY (IRA BROWN) THAT THERE WAS A PROTESTER WITH OFFENSIVE MATERIAL AND GRAPHIC VIDEO BEING SHOWN ON A TV SCREEN TO YOUNG CHILDREN PLAYING IN THE PRIVATE PARK PROPERTY REFUSING TO LEAVE. THE DEFENDANT (DUBASH, DARAIUS) WAS ASKED BY SECURITY AND MANAGER SEVERAL TIMES TO STAY BEHIND THE PROPERTY LINE, AND THE DEFENDANT REFUSED TO MOVE.

I OFFICER DOUGLAS ASKED THE PROTESTER SEVERAL TIMES TO MOVE OUTSIDE THE PARK WITH THE GRAPHIC MATERIAL AND HE REFUSED. OFFICER DOUGLAS WAS ADVISED BY PARK MANAGER THAT IF THE DEFENDANT REFUSED TO LEAVE THE PARK, HE WANTED TO PURSUE CRIMINAL TRESPASS CHARGES. OFFICER DOUGLAS PLACE THE DEFENDANT IN HANDCUFFS AND DETAINED HIM. OFFICER DOUGLAS WAITED FOR A PATROL OFFICER TO MAKE THE SCENE AND CONTACT AN ADA FOR POSSIBLE CHARGES. OFFICER DOUGLAS TRANSFERED CUSTODY OF THE DEFENDANT TO PATROL OFFICER TA, UNIT# 2Y25E.

| Report Officer | Printed At | |
|---|---|---|
| **129961/DOUGLAS, R C** | **11/28/2023 14:40** | **Page 1 of 1** |

979519-22    Suppl No
            0003

# HOUSTON POLICE DEPARTMENT



Houston Police Department
1200 Travis Street
Houston, Texas 77002
713-884-3131  Emergency Dial 9-1-1

Reported Date
**07/24/2022**
Offense Report Title
**Criminal Trespassing (All Other Locations)**
Officer Name
**WHITWORTH, V**

## Administrative Information

| Agency | | Incident # | Suppl No | Reported Date | Reported Time |
|---|---|---|---|---|---|
| **HOUSTON POLICE DEPARTMENT** | | **979519-22** | **0003** | **07/24/2022** | **08:13** |

| Status | Offense Report Title |
|---|---|
| **Report Written or to Follow** | **Criminal Trespassing (All Other Locations)** |

| CAD Call Type |
|---|
| **3050** |

| Address | City |
|---|---|
| **1600 LAMAR** | **Houston** |

| ZIP Code | Dist/Beat | Station | District | From Date | From Time |
|---|---|---|---|---|---|
| **77010** | **1A10** | **SO** | **01** | **07/23/2022** | **20:57** |

| Officer Name / Employee# | Division |
|---|---|
| **WHITWORTH, V / 122350** | **Juvenile - Days - Intake** |

| Report Entered By / Employee# | Division |
|---|---|
| **WHITWORTH, V / 122350** | **Juvenile - Days - Intake** |

| RMS Transfer | Property Trans Stat | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|---|
| **Successful** | **Successful** | **122350** | **07/24/2022** | **09:07:04** |

## Modus Operandi

| Gang Act? | NIBRS |
|---|---|
| **No** | **BVNO** |

| BWC Video(s) |
|---|
| **Body Video No(No Camera Issued)** |

## Narrative

ON 07-23-2022 AT ABOUT 2100 HRS, I OFFICER WHITWORTH WAS WORKING AN APPROVED EXTRA JOB AT DISCOVERY GREEN PARK. I OFFICER WHITWORTH WAS ADVISED BY OFFICER DOUGLAS THAT THERE WAS A PROTESTER SHOWING A GRAPHIC VIDEO WITH OFFENSIVE MATERIAL ON A TV SCREEN WHILE FAMILIES WITH YOUNG CHILDREN WERE VISITING THE PRIVATE PARK. I OFFICER WHITWORTH OBSERVED PARK SECURITY (IRA BROWN) AND A PARK MANAGER (FLOYD WILLIS) ASK THE DEFENDANT (DUBASH,DARAIUS) SEVERAL TIMES TO LEAVE THE PARK WITH THE GRAPHIC MATERIAL OF ANIMALS BEING SLAUGTERED BUT HE REFUSED.

I OFFICER WHITWORTH THEN OBSERVED OFFICER DOUGLAS ASK THE DEFENDANT (DUBASH,DARAIUS) SEVERAL TIMES TO JUST MOVE OUTSIDE OF THE PRIVATE PARK PROPERTY (DISCOVERY GREEN PARK) BUT HE REFUSED AGAIN. OFFICER DOUGLAS THEN (DETAINED) PLACED THE DEFENDANT IN CUFFS AND WALK HIM TO THE SECURITY OFFICE AND WAITED FOR A PATROL UNIT TO ARRIVE. I OFFICER WHITWORTH PROCEEDED TO ROAM THE PRIVATE PARK AND ADDRESS ANY OTHER POSSIBLE ISSUES FOR THE REMAINDER OF MY SHIFT.

| Report Officer | Printed At | |
|---|---|---|
| **122350/WHITWORTH, V** | **11/28/2023 14:40** | **Page 1 of 1** |