IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DARAIUS DUBASH, and DR. FARAZ HARSINI** § § § **Plaintiffs,** § § **v.** § § **CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity,** § § § § § § § § § § § **Defendants.** § | **CIVIL ACTION CASE NO. 4:23-cv-03556** |

**ORDER GRANTING DEFENDANTS' MOTION PURSUANT TO FED.R.CIV.P. 12(b)(6)**

Defendants City of Houston, Texas, Officer Robert Douglas (# 7943), Officer Vern Whitworth (# 7595), Discovery Green Conservancy f/k/a Houston Downtown Park Conservancy, and Barry Mandel, having moved for an Order pursuant to FED.R.CIV.P. 12(b)(6) dismissing the Complaint against them, and this Court having found said motion to have merit, it is hereby

**ORDERED** that the motion to dismiss is **GRANTED**, and it is further

**ORDERED** that the Complaint against Defendants City of Houston, Texas, Officer Robert Douglas (# 7943), in his Individual Capacity, Officer Vern Whitworth (# 7595), in his Individual Capacity, Discovery Green Conservancy f/k/a Houston Downtown Park Conservancy, and Barry Mandel, in his Individual Capacity, is hereby **DISMISSED**.

291204327v.1

**SO ORDERED**, this _____ day of _____, 2024

_____
UNITED STATES DISTRICT JUDGE

291204327v.1