## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **DARAIUS DUBASH, and DR. FARAZ HARSINI** | § § § | |
| **Plaintiffs,** | § § | **CIVIL ACTION** |
| | § | **CASE NO. 4:23-cv-03556** |
| **v.** | § § | |
| **CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity,** | § § § § § § § § § § § | |
| **Defendants.** | § | |

### ORDER GRANTING DEFENDANTS' MOTION TO EXCEED THE PAGE LIMIT

Defendants City of Houston, Texas, Officer Robert Douglas (# 7943), Officer Vern Whitworth (# 7595), Discovery Green Conservancy f/k/a Houston Downtown Park Conservancy, and Barry Mandel, having moved for an Order granting them leave to file a 28-page motion to dismiss pursuant to FED.R.CIV.P. 12(b)(6), it is hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Defendants are granted leave to file a motion to dismiss of up to 28 pages, excluding caption, tables, and signature block, and that therefore, their motion filed as Docket No. 44 is hereby accepted, and it is further

**ORDERED** that Plaintiffs shall be permitted to file a brief in response up to 28 pages in length, excluding caption, tables, and signature block.

291204327v.1

**SO ORDERED**, this _____ day of _____, 2024

_____
UNITED STATES DISTRICT JUDGE