**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DARAIUS DUBASH AND DR. FARAZ HARSINI | § § § | |
| v. | § § § | CIVIL ACTION |
| CITY OF HOUSTON, TEXAS; **HOUSTON DOWNTOWN PARK CORPORATION**; OFFICER ROBERT DOUGLAS (#7943), IN HIS INDIVIDUAL CAPACITY; OFFICER VERN WHITWORTH (#7595), IN HIS INDIVIDUAL CAPACITY; DISCOVERY GREEN CONSERVANCY F/K/A HOUSTON DOWNTOWN PARK CONSERVANCY, AND BARRY MANDEL, IN HIS INDIVIDUAL CAPACITY | § § § § § § § § § § § | NO.: 4:23-CV-03556  JURY DEMAND REQUESTED |

**ORDER GRANTING DEFENDANT HOUSTON DOWNTOWN PARK CORPORATION'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(6)**

Defendant, HOUSTON DOWNTOWN PARK CORPORATION, having moved for an Order pursuant to Fed.R.Civ.P. 12(b)(6) dismissing the Complaint against it, and this Court having found said Motion to have merit, it is hereby

ORDERED that the Motion to Dismiss is GRANTED, and it is further,

ORDERED that the Complaint against Defendant, HOUSTON DOWNTOWN PARK CORPORATION, is hereby DISMISSED in its entirety, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, with prejudice to the refiling of the same.

SO ORDERED on this ____ day of _____, 2024.

_____
THE HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE