United States District Court
Southern District of Texas
**ENTERED**
January 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARAIUS DUBASH, and DR. FARAZ HARSINI § § § § **Plaintiffs,** § § v. § § **CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity,** § § § § § § § § § § § § § § **Defendants.** § | **CIVIL ACTION CASE NO. 4:23-cv-03556** |

### ORDER GRANTING DEFENDANTS' JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants having jointly moved [Docket No. 40] for an Order extending time to file responses to Plaintiffs' Complaint [Docket No. 1], **IT IS THUS** hereby **ORDERED** that the following briefing schedule shall apply to Plaintiffs' motion:

- **All Defendants' responses to the Complaint shall be due on or before January 5, 2024;**
- **Plaintiffs' responses to any Rule 12(b) Motions filed by any Defendant oppositions shall be due on or before February 5, 2024; and**
- **All Defendants' replies to Plaintiffs' responses shall be due on or before February 19, 2024.**

Signed this 5th day of January, 2024

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE