United States District Court
Southern District of Texas
**ENTERED**
January 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DARAIUS DUBASH, and DR. FARAZ HARSINI** § § § **Plaintiffs,** § § **v.** § § **CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity,** § § § § § § § § § § **Defendants.** § | **CIVIL ACTION CASE NO. 4:23-cv-03556** |

**ORDER GRANTING DEFENDANTS' MOTION TO EXCEED THE PAGE LIMIT**

Defendants City of Houston, Texas, Officer Robert Douglas (# 7943), Officer Vern Whitworth (# 7595), Discovery Green Conservancy f/k/a Houston Downtown Park Conservancy, and Barry Mandel, having moved for an Order granting them leave to file a 28-page motion to dismiss pursuant to FED.R.CIV.P. 12(b)(6), it is hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Defendants are granted leave to file a motion to dismiss of up to 28 pages, excluding caption, tables, and signature block, and that therefore, their motion filed as Docket No. 44 is hereby accepted, and it is further

**ORDERED** that Plaintiffs shall be permitted to file a brief in response up to 28 pages in length, excluding caption, tables, and signature block.

SO ORDERED, this 9th day of January, 2024

Andrew S. Hanen
United States District Judge