# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARAIUS DUBASH and <br> DR. FARAZ HARSINI, <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF HOUSTON, TEXAS; <br> HOUSTON DOWNTOWN PARK <br> CORPORATION; <br> and <br> DISCOVERY GREEN CONSERVANCY <br> f/k/a HOUSTON DOWNTOWN PARK <br> CONSERVANCY; <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 4:23-cv-03556 |

## **SUPPLEMENTAL DECLARATION OF DARAIUS DUBASH**

1. My name is Daraius Dubash. I certify that I am over 18 years of age and reside in Austin, Texas.

2. Attached as Exhibit 1 hereto is a true and correct copy of a photograph taken on June 18, 2022, at approximately 7:00 PM, portraying the Cube of Truth at Discovery Green in Houston, Texas.

3. Attached as Exhibit 2 hereto is a true and correct copy of a photograph taken on June 18, 2022, at approximately 7:00 PM, portraying the Cube of Truth at Discovery Green in Houston, Texas.

4. Attached as Exhibit 3 hereto is a true and correct copy of a photograph taken on

June 18, 2022, at approximately 7:00 PM, portraying the Cube of Truth at Discovery Green in Houston, Texas.

    5.    I declare under penalty of perjury that the foregoing is true and correct.

Dated:   January __8__, 2024

                                                         Daraius Dubash

# EXHIBIT A-1



# EXHIBIT A-2



# EXHIBIT A-3

