United States District Court
Southern District of Texas
**ENTERED**
February 01, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARAIUS DUBASH, and <br><br> DR. FARAZ HARSINI <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS; <br><br> HOUSTON DOWNTOWN PARK CORPORATION; <br><br> OFFICER ROBERT DOUGLAS (# 7943), in his individual capacity; <br><br> OFFICER VERN WHITWORTH (# 7595), in his individual capacity; <br><br> DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and <br><br> BARRY MANDEL, in his individual capacity. <br><br> *Defendants*. | CASE NO. 4:23-cv-03556 |

### ORDER GRANTING
### PLAINTIFFS' MOTION FOR LEAVE TO FILE A CONSOLIDATED OPPOSITION BRIEF IN RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS AND TO EXCEED PAGE LIMITS

Before the Court is Plaintiffs' *Motion for Leave to File a Consolidated Opposition Brief in Response to Defendants' Motions to Dismiss and to Exceed Page Limits* filed by Plaintiffs Daraius Dubash and Dr. Faraz Harsini on January 30, 2024. Having considered Plaintiffs' Motion, the Court finds good cause to grant the motion.

Thus, the Court ORDERS that Plaintiffs may file a consolidated response to Defendants' motions to dismiss (Docket Nos. 44 and 46) and that said response may be up to 38 pages in length.

SO ORDERED.

January 31, 2024

THE HONORABLE ANDREW S. HANEN

UNITED STATES DISTRICT JUDGE