UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03556 |
|---|---|---|---|

DARAIUS DUBASH and DR. FARAZ HARSINI

*versus*

CITY OF HOUSTON, TEXAS, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Zachary Silver<br>Foundation for Individual Rights and Expression<br>700 Pennsylvania Avenue SE, Suite 340<br>Washington, DC 20003<br>(215) 717-3473<br>zach.silver@thefire.org<br>Licensed: NY (# 5833579), DC (# 1742271) |
|---|---|

| Name of party applicant seeks to appear for: | DARAIUS DUBASH and DR. FARAZ HARSINI |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 2/8/24   Signed: [signature]

The state bar reports that the applicant's status is:

Dated: _____   Clerk's signature

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____   _____
                                  United States District Judge