UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03556 |
|---|---|---|---|
| | DARAIUS DUBASH and DR. FARAZ HARSINI | | |
| | *versus* | | |
| | CITY OF HOUSTON, TEXAS, et al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Zachary Silver<br>Foundation for Individual Rights and Expression<br>700 Pennsylvania Avenue SE, Suite 340<br>Washington, DC 20003<br>(215) 717-3473<br>zach.silver@thefire.org<br>Licensed: NY (# 5833579), DC (# 1742271) |
|---|---|

| Name of party applicant seeks to appear for: | DARAIUS DUBASH and DR. FARAZ HARSINI |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

Dated: 2/8/24    Signed: [signature]

The state bar reports that the applicant's status is: Active

Dated: 2/14/2024    Clerk's signature: R. Hawkins

**Order**

Dated: 2/14/24

This lawyer is admitted *pro hac vice*.

_____
United States District Judge