IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DARAIUS DUBASH, and DR. FARAZ HARSINI** | § § § | |
| **Plaintiffs,** | § § | CIVIL ACTION |
| | § | CASE NO. 4:23-cv-03556 |
| **v.** | § § | |
| **CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity,** | § § § § § § § § § § § § | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO EXCEED PAGE LIMITS**

Defendants THE CITY OF HOUSTON; OFFICER ROBERT DOUGLAS (#7943) in his individual capacity; OFFICER VERN WHITWORTH (#7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity, (hereinafter collectively referred to as "the Defendants"), having moved, unopposed, for leave to file a Memorandum of Law in Reply to Plaintiffs' Response to the Defendants' Motion to Dismiss pursuant to Rule 12(b)(6) that contains 22 pages;

NOW it is hereby ORDERED that the Defendants' motion is GRANTED, and it is further

ORDERED that the Defendants are granted leave to file a Reply Memorandum of Law that contains 22 pages, exclusive of captions, tables, and signature block, and it is further

1

2

ORDERED that the Court accepts for filing the Reply Memorandum of Law filed under CM/ECF Docket No. 58.

SO ORDERED, this _____ day of February, 2024.

_____
**UNITED STATES DISTRICT JUDGE**