United States District Court
Southern District of Texas
**ENTERED**
March 14, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARAIUS DUBASH, and DR. FARAZ HARSINI § § § Plaintiffs, § § v. § § CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity, § § § § § § § § § § § § § § § § Defendants. § | CIVIL ACTION CASE NO. 4:23-cv-03556 |

**ORDER GRANTING MOTION BY DEFENDANTS CITY OF HOUSTON, TEXAS, OFFICER ROBERT DOUGLAS, AND OFFICER VERN WHITWORTH, FOR AN ORDER STAYING DISCOVERY UNTIL THE COURT DECIDES QUESTIONS OF QUALIFIED IMMUNITY**

Defendants City of Houston, Texas, Officer Robert Douglas, and Officer Vern Whitworth ("the City Defendants") having filed a motion for an order staying all discovery from Officer Douglas and Officer Whitworth, and all discovery from any of the City Defendants related to the claims against the Officers, or to any claims asserting liability under *Monell v. Dept. of Social Services*, 436 U.S. 658 (1978), for the alleged actions of the Officers, until such time as the Court decides the City Defendants' motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6),

**NOW**, due deliberation having been had upon the foregoing, the City Defendants' motion is hereby **GRANTED**, and it is hereby

**ORDERED** that discovery from defendants Officer Robert Douglas (# 7943), in his individual capacity, and Officer Vern Whitworth (# 7595), in his individual capacity, is hereby stayed pending this Court's determination of the qualified immunity arguments in the City Defendants' motion to dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(6); and it is further

**ORDERED** that discovery from defendant City of Houston, Texas, related to claims against the Officers and related to any *Monell* claim, is hereby stayed pending this Court's determination of the qualified immunity arguments in the City Defendants' motion to dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(6); and it is further

**ORDERED** that the discovery from City of Houston, Texas, stayed by this Order shall include, but not be limited to, disclosure of arrest records, body camera footage, training and supervision documentation, the contents of either Officer's employment files, and documentation concerning the investigation of either Officer, and/or any disciplinary or other proceedings brought against them that is the subject of the allegations in this lawsuit; and it is further

**ORDERED** that the stays effectuated by this Order shall remain in effect until fourteen days after the date on which the Court renders a determination on the qualified immunity arguments in the City Defendants' Rule 12(b)(6) motion.

**SO ORDERED**, this 12th day of March, 2024

_____
**UNITED STATES DISTRICT JUDGE**