IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARAIUS DUBASH and <br><br> DR. FARAZ HARSINI, <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity, <br><br> *Defendants.* | CASE NO. 4:23-cv-03556 |

## [Proposed] ORDER

The Court has considered Plaintiffs Daraius Dubash's and Faraz Harsini's motion to clarify the terms of this court's order granting the City of Houston and Officers Douglas and Whitworth a stay of certain discovery (ECF No. 63).

Having fully considered the motion, the Court grants Plaintiffs' motion.

Thus, the Court **ORDERS** that its March 14, 2024 order be clarified and amended in the following ways:

1) In Paragraph 2, the Court modifies the phrase "related to any *Monell* claim" to "any *Monell* claim related to the claims against the Officers."

- 2 -

2) In Paragraph 3, the Court modifies the phrase "training and supervision documentation, the contents of either . . ." to "and training and supervision documentation related to the Officers, as well as the contents of either  . . ."

3) The Court adds the following to end of paragraph 4: "If the Court has not ruled on the qualified immunity arguments by the discovery deadline set in the current or any amended scheduling order, nothing in this Order deprives or alters the right of either party to seek a reasonable extension of time to complete discovery on the issues currently stayed."

**SO ORDERED**, this _____ day of May, 2024.

_____
HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE