# Exhibit D



Maia Walker <maia.walker@thefire.org>

---

### Fwd: Follow up from Call from Wednesday

---

**Daniel Ortner** <daniel.ortner@thefire.org>
To: Maia Walker <maia.walker@thefire.org>

From: **Holland, Andrew S.** <Andrew.Holland@wilsonelser.com>
Date: Mon, Apr 29, 2024 at 2:03 PM
Subject: RE: Follow up from Call from Wednesday
To: Daniel Ortner <daniel.ortner@thefire.org>
Cc: Jay Diaz <jay.diaz@thefire.org>, Gabe Walters <gabe.walters@thefire.org>, JT Morris <JT.Morris@thefire.org>, Greil, John <john.greil@law.utexas.edu>

Daniel – after discussing with our client, we will be opposing a motion to clarify.

Best regards,

Andy

Andrew S. Holland
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010
713.353.2074 (Direct)
973.417.3032 (Cell)
713.353.2000 (Main)
713.785.7780 (Fax)
andrew.holland@wilsonelser.com

---

**From:** Daniel Ortner <daniel.ortner@thefire.org>
**Sent:** Monday, April 29, 2024 12:38 PM
**To:** Holland, Andrew S. <Andrew.Holland@wilsonelser.com>
**Cc:** Jay Diaz <jay.diaz@thefire.org>; Gabe Walters <gabe.walters@thefire.org>; JT Morris <JT.Morris@thefire.org>; Greil, John <john.greil@law.utexas.edu>
**Subject:** Re: Follow up from Call from Wednesday

**EXTERNAL EMAIL** This email originated from outside the organization.

Andy,

Hope you had a nice weekend.

If we do not hear back from you by tomorrow at Noon Eastern, we will plan to file our motion to clarify and will notify the Court that we were not able to get your position on the motion.

Happy to discuss if you have any questions or want anything clarified.

[Quoted text hidden]