IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DARAIUS DUBASH, and DR. FARAZ HARSINI** | § § § | |
| **Plaintiffs,** | § § | **CIVIL ACTION** <br> **CASE NO. 4:23-cv-03556** |
| v. | § § | |
| **CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his Individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity,** | § § § § § § § § § § § § | |
| **Defendants.** | § | |

### ORDER DENYING PLAINTIFFS' MOTION TO CLARIFY ORDER STAYING DISCOVERY

Plaintiffs having filed a Motion to Clarify Order Staying Discovery, and Defendants City of Houston, Texas, Officer Robert Douglas, and Officer Vern Whitworth ("the City Defendants") having filed a Response in opposition to Plaintiffs' motion,

**NOW**, this Court finds that there is no legal or factual reason to clarify its prior Order staying discovery (Docket No. 63), and, therefore, it is hereby **ORDERED** that Plaintiffs' Motion to Clarify Order Staying Discovery is **DENIED**.

**SO ORDERED**, this _____ day of _____, 2024

_____
**UNITED STATES DISTRICT JUDGE**