United States District Court
Southern District of Texas
**ENTERED**
May 29, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DARAIUS DUBASH AND FARAZ HARSINI, § § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. 4:23-CV-3556 |
| § § | |
| CITY OF HOUSTON, *et al.*, § § § | |
| Defendants. § | |

## ORDER

ON THIS DAY the Court has considered the parties' Joint Motion Setting Briefing Schedule on Plaintiffs' Motion for a Preliminary Injunction and Extending Date for Evidentiary Hearing (ECF No. 27) and the parties' Joint Motion Setting Briefing Schedule and Proposing Hearing Date on Plaintiffs' Motion for a Preliminary Injunction (ECF No. 36).

It is **ORDERED** that the parties' Joint Motion Setting Briefing Schedule on Plaintiffs' Motion for a Preliminary Injunction and Extending Date for Evidentiary Hearing (ECF No. 27) and the parties' Joint Motion Setting Briefing Schedule and Proposing Hearing Date on Plaintiffs' Motion for a Preliminary Injunction (ECF No. 36) be **DENIED as MOOT** because the proposed dates in these joint motions have passed, and the preliminary injunction motion has been fully briefed.

It is SO ORDERED.

**SIGNED** in Houston, Texas on May 29, 2024.

_____
Richard W. Bennett
United States Magistrate Judge