IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARAIUS DUBASH and <br><br> DR. FARAZ HARSINI, <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), in his individual capacity; OFFICER VERN WHITWORTH (# 7595), in his individual capacity; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; and BARRY MANDEL, in his individual capacity, <br><br> *Defendants.* | CASE NO. 4:23-cv-03556 |

## [Proposed] ORDER EXTENDING DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS

The Court has considered the parties agreed motion to extend deadlines for discovery and dispositive motions set in this Court's scheduling order (ECF No. 38).

Having fully considered the motion and for good cause shown, the Court grants the motion.

Thus, the Court **ORDERS** that the scheduling order is modified to reflect the new deadlines for discovery and dispositive motions in the attached scheduling order. All pre-trial and trial deadlines are unchanged.

- 2 -

This extension is without prejudice to the parties' ability to request an additional extension of deadlines if the partial stay in discovery (ECF No. 63) remains in effect at the close of the current discovery deadline.

**SO ORDERED**, this _____ day of June, 2024.

_____
Hon. Richard W. Bennett
United States Magistrate Judge