UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Darius Dubashand Faraz Harsini | § | |
| *Plaintiffs*, | § | |
| | § | |
| *versus* | § | |
| | § | |
| City of Houston, et al. | § | |
| *Defendants*, | § | Civil Action No. 4:23-cv-03356-H |
| | § | |
| | § | |

## Scheduling Order

1. Trial:  Estimated time to try: 5 days.                                   ☐ Bench    X Jury

2. New parties must be joined by:                                           January 31, 2024
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:        September 6, 2024

4. The defendant's experts must be named with a report furnished by:        October 11, 2024

5. Discovery must be completed by:                                          October 31, 2024
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.*
    *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                                    December 13, 2024
   Response due by:                                                         January 13, 2025

   Non-Dispositive Motions will be filed by:                                _____

*********************   The Court will provide these dates.   *********************

7. Joint pretrial order is due:                                             April 14, 2025
    *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:                       May 12, 2025

9.  Jury Selection is set for 9:00 a.m. on:*                                         May 27, 2025

The case will remain on standby until tried.

        Signed this the _____ day of June, 2024.

                                                              _____
                                                              Hon. Richard W. Bennett
                                                              United States Magistrate Judge