United States District Court
Southern District of Texas
**ENTERED**
~~June 05,~~ 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Darius Dubashand Faraz Harsini | § | |
| *Plaintiffs*, | § | |
| | § | |
| *versus* | § | |
| | § | |
| City of Houston, et al. | § | |
| *Defendants*, | § | Civil Action No. 4:23-cv-03356-H |
| | § | |
| | § | |

## Scheduling Order

1. Trial: Estimated time to try: 5 days.   ☐ Bench   X Jury

2. New parties must be joined by:   January 31, 2024
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   September 6, 2024

4. The defendant's experts must be named with a report furnished by:   October 11, 2024

5. Discovery must be completed by:   October 31, 2024
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:   December 13, 2024
   Response due by:   January 13, 2025

   Non-Dispositive Motions will be filed by:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* The Court will provide these dates. \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

7. Joint pretrial order is due:   April 14, 2025
   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:   May 12, 2025

9. Jury Selection is set for 9:00 a.m. on:*                          May 27, 2025

The case will remain on standby until tried.

         Signed this the __5th__ day of June, 2024.

                                       _____
                                       Hon. Richard W. Bennett
                                       United States Magistrate Judge