IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARAIUS DUBASH AND DR. FARAZ HARSINI | § § § | |
| v. | § § | CIVIL ACTION<br>NO.: 4:23-CV-03556 |
| CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (#7943), IN HIS INDIVIDUAL CAPACITY; OFFICER VERN WHITWORTH (#7595), IN HIS INDIVIDUAL CAPACITY; DISCOVERY GREEN CONSERVANCY F/K/A HOUSTON DOWNTOWN PARK CONSERVANCY, AND BARRY MANDEL, IN HIS INDIVIDUAL CAPACITY | § § § § § § § § § § § | JURY TRIAL DEMANDED |

**NOTICE OF DEFENDANT'S, HOUSTON DOWNTOWN PARK CORPORATION, COUNSELS' CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective as of the close of business on June 21, 2024, lead counsel and co-counsel for Defendant HOUSTON DOWNTOWN PARK CORPORATION, Michael H. Wallis and Laura Flores Macom, will no longer be associated with the firm of Thornton, Biechlin, Reynolds & Guerra, L.C. As of that time and moving forward, Mr. Wallis and Ms. Macom will be joining the firm of Langley & Banack, Inc. and can be contacted as follows:

Michael H. Wallis
**LANGLEY & BANACK, INC.**
745 E Mulberry Ave, Ste 700
San Antonio, TX 78212
T: 210-253-6850
E: mwallis@langleybanack.com

Laura Flores Macom
**LANGLEY & BANACK, INC.**
745 E Mulberry Ave, Ste 700
San Antonio, TX 78212

___

    T: 210-253-7158
    E: lmacom@langleybanack.com

Mr. Wallis and Ms. Macom hereby notify the Court and counsel that, due to the move, communications will be significantly limited on June 21, 2024.

    Respectfully submitted,

    **THORNTON, BIECHLIN,**
        **REYNOLDS & GUERRA, L.C.**
    One International Centre
    100 N.E. Loop 410, Suite 500
    San Antonio, TX  78216-4741
    Telephone:    (210) 581-0294
    Facsimile:    (210) 525-0666
    Email:  MWallis@thorntonfirm.com
    Email:  LMacom@thorntonfirm.com

    */s/ Laura Flores Macom*
    MICHAEL H. WALLIS
    SBN:  24033426
    LAURA FLORES MACOM
    SBN:  24002512
    **ATTORNEYS FOR DEFENDANT**
    **HOUSTON DOWNTOWN PARK**
    **CORPORATION**

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument has been properly delivered with the Clerk of the Court on this 19th day of June, 2024 using the CM/ECF system which will send notification of such filing to the following counsel of record:

John Daniel Greil
UNIVERSITY OF TEXAS AT AUSTIN
SCHOOL OF LAW
727 E. Dean Keeton St.
Austin, TX  78705
Email:  john.greil@law.utexas.edu
*Lead Attorney for Plaintiffs*

_____
Notice of Defendant's, HDPC, Counsels' Change of Address    Page 2

Steven Timothy Collis
LAW AND RELIGION CLINIC
UNIVERSITY OF TEXAS AT AUSTIN
SCHOOL OF LAW
727 E. Dean Keeton St.
Austin, TX  78705
Email:  steven.collis@law.utexas.edu
*Attorney for Plaintiffs*


JT Morris
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
700 Pennsylvania Ave., SE, Ste. 340
Washington, DC 20003
Email:  jt.morris@thefire.org
*Attorney for Plaintiffs*


Gabriel Zane Walters
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
700 Pennsylvania Ave., SE, Ste. 340
Washington, DC 20003
Email:  gabe.walters@thefire.org
*Lead Attorney Pro Hac Vice Attorney for Plaintiffs*


Daniel Ortner
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
510 Walnut St., Ste. 1250
Philadelphia, PA 191106
Email:  daniel.ortner@thefire.org
*Pro Hac Vice Attorney for Plaintiffs*


Andrew S. Holland
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
909 Fannin St., Ste. 3300
Houston, TX  77010
Email:  andrew.holland@wilsonelser.com
*Attorney for Defendants, Discovery Green Conservancy and Barry Mandel*

_____

_____
Michael H. Wallis
Laura Flores Macom