## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Daraius Dubash, et al.

v.                                    Case Number: 4:23−cv−03556

City Of Houston, et al.

---

### Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
Courtroom 700
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 7/24/2024

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Discovery Hearing

RE: Request for Pre−Motion Conference − #73

---

Date:   July 10, 2024                            Nathan Ochsner, Clerk