United States District Court
Southern District of Texas
**ENTERED**
July 24, 2024
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>RICHARD W. BENNETT, PRESIDING</u>
DATE: <u>July 24, 2024</u>
COURT REPORTER: <u>ERO</u>
MORNING: <u>10:02-11:01AM</u>     AFTERNOON: <u>              </u>
*********************************************************************

CIVIVL NO. 4:23cv3556

| Daraius Dubash, et al | John Daniel Greil |
| | J.T. Morris |
| Plaintiffs | |
| City of Houston, et al | Andrew Stephen Holland |
| | Laura Flores Macom |
| Defendants | |

*********************************************************************

<u>MINUTE ENTRY ORDER:</u>

<u>The Discovery Hearing Held.  The Court's detailed rulings are contained in the record.  The framework for discovery is narrowed to discovery that relates to the First Amendment, Freedom of Speech, and Free Exercise of Religion during the time-frame agreed to by the parties.  The attorneys are expected to use their professional judgment in framing the discovery in this manner.  A generalized summary of the rulings are as follows:</u>

1. <u>Defendants are ordered to produce documents pertaining to the four incidents involving Plaintiff's protest/demonstration from 2021-2023.</u>
2. <u>Defendants are ordered to produce policies rules, practices, and regulations for expressive and religious activities at Discovery Green, excluding drafts and proposals.</u>
3. <u>To the extent First Amendment, free speech, or free exercise training is provided to park employees, please provide copies of such training.</u>
4. <u>Provide documents regarding expressive and religious activities at Discovery Green which involved offensive conduct, displays, videos, and photos at Discovery Green.  Offensive conduct involves complaints from the general public and/or high-level city and park officials.</u>

5. Provide an exemplar of no more than 40 pages, including emails, regarding the treatment of other expressive activities at other City Parks in Houston involving offensive conduct, including conduct with offensive displays, videos, and pictures.
6. Provide documents related to the relationship and responsibilities between the City, Park Corporation, and Conservancy as to Discovery Green concerning events related to freedom of speech, first amendment, and free exercise.
7. Provide documents responsive to Plaintiff's written notice of a TRFRA violation and whether any policies and/or procedures were altered after receiving the notice.
8. Provide documents related to the Anti-NRA and Rainbow on the Green protests/demonstrations relating to the first amendment, free speech, and/or free exercise clause and steps taken to oversee those protests/demonstrations.
9. Have Mr. Barry Mandel run a search on his personal emails for any documents relating to policies and procedures involving freedom of speech, first amendment, and the free exercise clause as it relates to events held by Defendants.  Have the Conservancy run a search on Mr. Barry Mandel's professional email, to the extend it is accessible, for any documents relating to policies and procedures involving freedom of speech, first amendment, and the free exercise clause as it relates to events held by Defendants.

To the extent the generalized summary does not encompass or alters the rulings made in court, the transcript of the hearing with the rulings on the record will control.

Signed this 24th day of July, 2024.

_____
Richard W. Bennett
United States Magistrate Judge