

**LANGLEY & BANACK**
INCORPORATED
Attorneys and Counselors at Law

Michael H. Wallis
mwallis@langleybanack.com

September 26, 2024

<u>Via ECF</u>
Nathan Ochsner
Clerk of Court
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

RE: **Advisory to the Court – Attorney Vacation Schedule Request**

Civil Action No. 4:23-cv-03556,
*Daraius Dubash and Dr. Faraz Harsini v. City of Houston, Texas; Houston Downtown Park Corporation; Officer Robert Douglas (Badge No. 7943), in his individual capacity; Officer Vern Whitworth (Badge No. 7595), in his individual capacity; Discovery Green Conservancy f/k/a Houston Downtown Park Conservancy; and Barry Mandel, in his individual capacity;* currently pending in the Southern District of Texas – Houston Division

Dear Mr. Ochsner:

Please be advised that I will be on vacation and unavailable from:

**October 16, 2024, through October 22, 2024.**

By copy of this correspondence, I am notifying all counsel of record of my scheduled vacation and requesting that they refrain from noticing depositions or scheduling any hearings during this time, which would require a responsive pleading and/or my attendance in court. We respectfully request that the Court and Clerk's office take notice of this time period and avoid scheduling any event(s) that would require a responsive pleading and/or my presence.

Thank you for your attention to this matter.

Very truly yours,

Michael H. Wallis

MHW/gaf
cc:     All counsel of record

TRINITY PLAZA II • 745 EAST MULBERRY, STE 700
SAN ANTONIO, TX 78212 • T 210.736.6600 • F 210.735.6889
WWW.LANGLEYBANACK.COM


MERITAS LAW FIRMS WORLDWIDE