

**LANGLEY & BANACK**
INCORPORATED
Attorneys and Counselors at Law

Laura Flores Macom
lmacom@langleybanack.com

September 26, 2024

<u>*Via ECF*</u>
Nathan Ochsner
Clerk of Court
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

RE: **Advisory to the Court – Attorney Vacation Schedule Request**

Civil Action No. 4:23-cv-03556,
*Daraius Dubash and Dr. Faraz Harsini v. City of Houston, Texas; Houston Downtown Park Corporation; Officer Robert Douglas (Badge No. 7943), in his individual capacity; Officer Vern Whitworth (Badge No. 7595), in his individual capacity; Discovery Green Conservancy f/k/a Houston Downtown Park Conservancy; and Barry Mandel, in his individual capacity;* currently pending in the Southern District of Texas – Houston Division

Dear Mr. Ochsner:

Please be advised that I will be on vacation and unavailable from:

1) **October 15, 2024, through October 21, 2024;**
2) **November 25, 2024, through November 29, 2024;**
3) **December 23, 2024, through January 2, 2025;**
4) **February 20, 2025 through February 24, 2025;**
5) **March 10, 2025 through March 14, 2025; and**
6) **April 18, 2025, through April 22, 2025.**

By copy of this correspondence, I am notifying all counsel of record of my scheduled vacation. We respectfully request that the Court and Clerk's office take notice of this time period and avoid scheduling any event(s) that would require a responsive pleading and/or my presence.

Thank you for your attention to this matter.

Very truly yours,

*Laura Flores Macom*
Laura F. Macom

LFM/gaf

TRINITY PLAZA II • 745 EAST MULBERRY, STE 700
SAN ANTONIO, TX 78212 • T 210.736.6600 • F 210.735.6889
WWW.LANGLEYBANACK.COM

MERITAS LAW FIRMS WORLDWIDE



cc:     All counsel of record

TRINITY PLAZA II • 745 EAST MULBERRY, STE 700
SAN ANTONIO, TX 78212 • T 210.736.6600 • F 210.735.6889
WWW.LANGLEYBANACK.COM

MERITAS® LAW FIRMS WORLDWIDE