IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARAIUS DUBASH, and | ) |
| DR. FARAZ HARSINI | ) |
| *Plaintiffs,* | ) |
| v. | ) CIVIL ACTION NO. 4:23-cv-03556 |
| CITY OF HOUSTON, TEXAS; | ) |
| HOUSTON DOWNTOWN PARK CORPORATION; | ) |
| OFFICER ROBERT DOUGLAS (# 7943), in his individual capacity; | ) |
| OFFICER VERN WHITWORTH (# 7595), in his individual capacity; | ) |
| DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; | ) |
| and | ) |
| BARRY MANDEL, in his individual capacity. | ) |
| *Defendants* | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs in Civil Action No. 4:23-cv-03556, Daraius Dubash and Dr. Faraz Harsini, appeal to the United States Court of Appeals for the Fifth Circuit from the

September 30, 2024 order and final judgment of the United States District Court for the Southern District of Texas adopting the Memorandum and Recommendation of the United States Magistrate Judge (ECF No. 78), granting Defendants' motions to dismiss, and denying Plaintiffs' motion for a preliminary injunction. ECF No. 86.

Dated: October 25, 2024

    Respectfully submitted,

    /s/ John Greil
    John Greil (TX 24110856)
    Steven T. Collis (TX 24122632)
    Law and Religion Clinic
    University of Texas School of Law
    727 E. Dean Keaton St.
    Austin, TX 78705
    (512) 475-9090
    john.greil@law.utexas.edu
    steven.collis@law.utexas.edu

    /s/ JT Morris
    JT Morris (TX 24094444)
    Gabe Walters (admitted pro hac vice)
    Zachary Silver (admitted pro hac vice)
    Foundation for Individual Rights and Expression
    (215) 717-3473
    700 Pennsylvania Ave., Suite 340
    Washington, D.C. 20003
    jt.morris@thefire.org
    gabe.walters@thefire.org
    zach.silver@thefire.org

    Daniel Ortner (admitted pro hac vice)
    Foundation for Individual Rights and Expression
    (215) 717-3473
    510 Walnut St.

Suite 1250
Philadelphia, PA 19106
daniel.ortner@thefire.org

**Attorneys for Plaintiffs
Daraius Dubash and
Dr. Faraz Harsini**

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument has been properly delivered with the Clerk of the Court on this 25th day of October, 2024 using the CM/ECF system which will send notification of such filing to the following counsel of record:

Andrew S. Holland
Email: andrew.holland@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
909 Fannin St., Ste. 3300
Houston, TX 77010
*Attorney for Defendants Discovery Green Conservancy, Barry Mandel, Officer Robert Douglas (#7943), Officer Vern Whitworth (#7595), and City of Houston, Texas*

Michael Hamilton Wallis
Email: mwallis@langleybanack.com
LANGLEY & BANACK, INC.
745 East Mulberry, Ste 700
San Antonio, TX 78212
*Attorney for Houston Downtown Park Corporation*

Laura Flores Macom
Email: lmacom@langleybanack.com
LANGLEY & BANACK, INC.
745 East Mulberry, Ste 700
San Antonio, TX 78212
*Attorney for Houston Downtown Park Corporation*

/s/ John Greil
John Greil